Middle District of Alabama
15 Lee Street RECEIVED
Mont. Al. 36104    2005 DEC -7 A 9:36

Herman Paul Johnson
    Plaintiff  # 242189

vs.

Donal Campbell Commissioner
of the Alabama Department
of Corrections in his indi-
vidual and official capacities; Dr. Darbuze in his Individual
and official capacities; Warden Mosely In her Individual
and official capacities; John or Jane Doe, Individual
and official capacities; Clio Alabama.
    Defendants

Notice of Motion to
Proceed As A Poor Person

Civil Action No. 2:05cv1157-T

---

Please take Notice that upon the declaration of Mr. Herman Paul Johnson, Sworn to Pursuant to 28 U.S.C. § 1746 on this 1st day of December 2005 A motion will be made at a term of this Court, for an order Permitting Plaintiff to Pursue this Action As A Poor Person, upon the ground that said Plaintiff has insufficient income and property to enable him to pay the costs, fees, and expenses to pursue said action, and for such other and further relief as this Court may deem just and proper.

Signed the 1st day of January 2005.

Herman Paul Johnson
Pro Se

To: _____
Clerk, Middle District of Alabama