RECEIV[ED]

In The United States District Court
For The Middle District of Alabama
Northern Division

Herman Paul Johnson #242189
   Plaintiff

   v.

Donal Campbell, et al.

Civ. Act. No. 2:05-CV-1157-T

1. Claimant Herman Paul Johnson #242189 Appearing Pro Se, claiming of defendant's Donal Campbell, et al, filed this 42 U.S.C. §1983 action Dec. 7-2005.

2. Please take notice that in the above-captioned case, Herman was released 1-12-06 into Population from HCU and claimant is disabled; Ruiz v. Estelle, 503 F. Supp. 1265, 1340 (S.D. Tex. 1980); Langley v. Coughlin 888 F.2d 252, 254 (2d Cir. 1989); Has just gotten order done Jan. 6-2006 "Civ. Act. Id; to inmate assistance who spends his time reading the law and giving legal assistance, and Plaintiff appears illiterate (citing) Johnson v. Avery, 393 U.S. 483, 89 S.Ct. 747, 21 L.Ed. 2d 718 (1969); Requiring Claimant [Prisoner] (15) fifteen days of the filing date of this order to submit statement of inmate account for the 6-month period immediately preceding the filing of the instant complaint.

-1-

3. Alternatively; Herman Paul Johnson request Appointment of Counsel.

4. "Rather," Johnson's inmate assistance makes application for (7) seven day extension because [Per. 2 subs.] Assistance placed Application Requesting Account Statement reflecting Average monthly balance in Prison Account and for the -6- month Period immediately Preceding this request. Extending (7) days to be Submitted by Feb. 3-2006.

5. Statement of Institutional Accounts will be forwarded to this Honorable Court immediately upon return from Easterling Correctional Facility Business Office "Myra Peter's Account Clerk.

6. Wherefore, it is respectfully urged that this Court extend the time within which A Statement of Institutional Accounts reflecting the Average monthly balance in his Prison Account and the Average monthly deposits to his Account for the 6-month Period immediately Preceding the filing of this complaint; And for such other relief this Court may deem just And Proper.

Respectfully Submitted

Herman Johnson #242189
Pro Se
Through Inmate Assistance