```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                  EASTERLING CORR FACILITY

AIS #: 242189    NAME: JOHNSON, HERMAN PAUL ***        AS OF: 01/17/2006
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JAN | 14 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $6.70 | $200.38 |
| NOV | 30 | $95.07 | $227.00 |
| DEC | 31 | $29.25 | $100.00 |
| JAN | 17 | $75.10 | $0.00 |

RECEIVED 2006 JAN 19 A 9:38