IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

HERMAN PAUL JOHNSON, #242 189   *

    Plaintiff,   *

    v.   *   CIVIL ACTION NO. 2:05-CV-1157-WKW

DONAL CAMPBELL, *et al*.,   *

    Defendants.   *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time to comply with the court's January 6, 2006 order, and for good cause, it is

ORDERED that the motion (Doc. No. 6) be and is hereby DENIED as moot.

DONE, this 23rd day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE