| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Karin Luk_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>1-26-06 |
| 1. Article Addressed to:<br>Gwendolyn Mosley<br>Warden<br>East. Corr. Fac.<br>200 Wallace Dr.<br>Clio, AL 36017 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>2:05CV1157-WKW |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label)<br>7003 2260 0005 4584 7061 | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

PS Form 3811, February 2004      Domestic Return Receipt