**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. Darbouze
   Prison Health Services
   c/o Legal Counsel
   Rep. Palombo
   Prison Health Ser.
   105 Westpark D., Suite 200
   Brentwood, TN 37027

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Lisa A Smith_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)
   Lisa A. Smith

C. Date of Delivery
   1-30-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05CV1157-WKW

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 2260 0005 4584 7078

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540