IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HERMAN PAUL JOHNSON,                    )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )    CASE NO. 2:05-CV-1157-WKW
                                        )
DONAL CAMPBELL, *et al.,*               )
                                        )
        Defendants.                     )

# **O R D E R**

On January 23, 2006, the Magistrate Judge filed a Recommendation (doc. #9) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1.    That the Recommendation be and is hereby adopted;

2.    That the claims against the City of Clio, Alabama be DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. §1915(e)(2)(B)(ii); and

3.    That this case is referred back to the Magistrate Judge for additional proceedings.

Done this the 9th day of February, 2006.


        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE