Office of The Clerk United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

2006 FEB 14 A 9:45

Herman Paul Johnson #242189          Claim Nr. 2:05-CV-1157-WKW-
  Plaintiff                                    (WO)

   V.

Donal Campbell, et Al
   Defendants

The STATE of Alabama

## Count Four

Claimant Herman Paul Johnson #242189 Appearing Pro Se complaining of defendant, the State of Alabama, Alleges the following:

1. The claim is for Negligence of The State Dept. of Corrections for Failure to implement Properly trained Correctional officers of the State of Alabama Penal System, to Protect, Negligent destruction of Property and Retaliatory Treatment For Filing § 1983 and for Filing grievances 1-30-06, Code of Alabama 1975 Title 14 And 15: Penal System exceeds the design capacity for Easterling Facility so as to cause serious injury to Claimant Herman Johnson.

2. It was the duty of the defendant STATE of ALABAMA to maintain in a safe and proper condition the number of inmates in each institution in the Alabama Penal System, and maintain in working order one toilet per 15 inmates, one urinal or one foot of urinal, and one lavatory per 10 inmates, and more particularly each inmate shall have a minimum of 60 sq. feet of living space. And state officials acting in bad faith or in disregard of settled indisputable law, U.S.C.A. Amend. §14; Code of Alabama 1975 § 14-3-13.

The Plaintiff [inmate] is entitled to a temporary restraining order and a preliminary injunction. The Plaintiff is threatened with irreparable harm.

3. On the 9th day of Feb. 2006, at approximately 9:30 AM claimant Herman Johnson was sitting on his assigned bed at Dorm 66-20 reading his order Civil Action No. 02:05-CV-1157-WKW (WO) when Lt. Lee walked up the run and appeared very angry as she said, "You stinken old man! I'm going to lock you up. Teach you some manners. [Capt. Knox, "take his name down. I want to see him later"]
That's the last time you'll threaten me! Get down on your knees and scrub that wall. [Herman said, "Praise the Lord." "So help me God."] Ms. Lee commanded, "Oh, Shut up!"



4. As a result of this incident, claimant experienced stress, high blood pressure, forms of mental pain, strain, deep grief, distress, anxiety and fright with continuous threats of being locked up. The exercise of Def. Lee's authority in such manner is unnecessarily oppressive, connotes purposeful actions and conduct motivated by a malicious or discriminatory purpose and Capt. Knox stood back in observance and said nothing, did not intervene, and injuries including recurring headaches, feeling oppressed.

5. As a result of this incident claimant suffered severe physical and mental pain and anguish.

6. This claim is filed accrued as required by law.

<u>Count Four: Retaliatory Treatment For Filing §1983 And For Filing Grievances.</u>

7. Plaintiff realleges and incorporates by reference his allegations in Paragraphs 1 through 17 "Notice of Objection" Civil Action No. 02:05-cv-1157-WKW(WO); and Paragraphs 1 through 6 "Supra", as if fully restated herein.

8. These acts represent a pattern of events demonstrating intentional retaliation against Plaintiff Johnson for filing grievances and Civil Rights action and have caused Plaintiff further mental anguish as a result.



Wherefore, Johnson prays for judgment in his favor and damages in his favor against defendant Lee, Knox and all defendants in an amount sufficient to compensate him for the pain and mental anguish suffered by him due to the diliberate indifference and intentional misconduct of defendants, but in no event less than $300,000, together with his ▓▓▓▓ fees and costs, and such additional relief as the Court may "decree" exacted just and proper.

Respectfully Submitted

Herman Paul Johnson #242189

## Certificate of Service

I hereby certify this 9th day of Feb. 2006 the State of Alabama Department of Corrections, Monitoring & Evaluations Post Office Box 301501 Montgomery Alabama 36130-1501, Defendants Served by U.S. Postal Service.

Pursuant 28 U.S.C. § 1746

Herman Paul Johnson

-4-