IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

HERMAN PAUL JOHNSON, #242 189          *

    Plaintiff,          *

    v.          *          2:05-CV-1157-WKW

DONAL CAMPBELL, *et al*.,          *

    Defendants.          *

_____

## ORDER ON MOTION

Before the court is Plaintiff's second motion to amend complaint. The court finds that this pleading seeks to amend to add claims unrelated to matters raised in the original complaint. That is, Plaintiff's original complaint contained a claim based on a dispute over medical care and treatment. By order filed February 13, 2006 the court granted Plaintiff's December 22, 2005 motion to amend to add a claim against Correctional Officers Keeton, Smith, and Crawford that they have harassed and retaliated against him after he filed this lawsuit by interfering with his ability to access health care. (*See* Doc. No. 15.)

In his second request to amend the complaint, Plaintiff seeks to add claims that the Alabama Department of Corrections fails to properly train its correctional officers, that the conditions at the Easterling Correctional Facility are unconstitutional, and that on February 9, 2006 a correctional officer subjected him to verbal abuse causing him to experience mental and physical stress. (Doc. No. 20.)

The court's order of procedure at page 3, ¶4(f), states: "All amendments to the complaint and/or motions to amend . . . must relate to the facts made the basis of the instant complaint. . . . Any such amendments or motions which contain claims unrelated to the claims presented in the original complaint will not be considered by the court."  (*See* Doc. No. 8.)  Claims which a complainant seeks to present to the court which are unrelated to claims  presented in said complainant's original complaint must be filed in a separate civil action and accompanied by the $250.00 filing fee or an application to proceed *in forma pauperis*.  Because Plaintiff's claims presented in his second motion to amend complaint are unrelated to the claims presented in his original complaint, the court concludes that the motion is due to be denied.

For the reasons set forth above, it is ORDERED that Plaintiff's Motion to Amend Complaint (Doc. No 20) be and is hereby DENIED.

DONE, this 21st day of February, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE