IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

HERMAN PAUL JOHNSON, #242 189    *

    Plaintiff,    *

v.    *    2:05-CV-1157-WKW

DONAL CAMPBELL, *et al.*,    *

    Defendants.    *

_____

**ORDER**

It appears that service has not been perfected on Defendant Crawford. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendant Crawford Plaintiff must furnish the clerk's office with a correct address for this individual.

Accordingly, it is ORDERED that:

1. On or before March 8, 2006 Plaintiff shall furnish the clerk's office with the correct address for Defendant Crawford. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant he wishes to sue has been served. This is Plaintiff's responsibility; and

2. Plaintiff is cautioned that if he fails to comply with this order, Defendant Crawford will not be served, he will not be a party to this cause of action, and this case will proceed only against those defendants on whom service is perfected. *See* Rule 4(m), *Federal Rules*

*of Civil Procedure*.

      Done, this 24th day of February, 2006.

                                      <u>/s/ Susan Russ Walker</u>
                                      SUSAN RUSS WALKER
                                      UNITED STATES MAGISTRATE JUDGE