In The United States District Court For The Middle District of Alabama Northern Division

Herman Paul Johnson #242189
Plaintiff,

v.

Donal Campbell, et al,
Defendants.

RECEIVED
2006 MAR -3 A 5:07 WKW
[U.S. DISTRICT COURT stamp]

Herman Paul Johnson, being duly sworn, deposes and says:

On 3-2-06 I serve Defendant Crawford "white female Correctional Officer": "Defendant #3." Dean v. Barber 951 F.2d 1210, 1215-16 (11th Cir. 92); At the following Address:

Easterling Correctional Facility
P.O. Box 10
Clio, Alabama 36017

Said Address being the Address designated by "12-6-05"; Subject matter around 3:1pm for that Purpose, by depositing within in a Post Paid Properly Addressed wrapper in a official depository under the exclusive care and custody of the United States Postal Service within the State of Alabama.

_Herman Johnson_
Claimant

Pursuant to 28 U.S.C. § 1746 this 2nd day of March 2006.
Certified this 2nd day March 2006.
Houston v. Lack: