IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

HERMAN PAUL JOHNSON, #242 189   *

    Plaintiff,   *

    v.   *   2:05-CV-1157-WKW

DONAL CAMPBELL, *et al.*,   *

    Defendants.   *

_____

**ORDER**

On March 3, 2006 Plaintiff filed a response to the court's February 24, 2006 order. In the February 24 order, the undersigned directed Plaintiff to furnish the clerk's office with the correct address for Defendant Crawford because service had not been perfected on this individual at the address provided by Plaintiff in his complaint. In his response, Plaintiff asserts that on March 2, 2006 he served Defendant Crawford at the Easterling Correctional Facility.

Plaintiff is advised that he may not effect service on parties to this action. *See* Rule 4(c)(2), *Federal Rules of Civil Procedure*. Further, Plaintiff's March 3 response is not in compliance with the court's directive that, in order to maintain litigation against Defendant Crawford, he must furnish the clerk's office with a correct address for this individual.

Accordingly, Plaintiff is advised that, at this juncture, Defendant Crawford has still not been served. Thus, she is not considered a party to this cause of action, and this case will

proceed only against those defendants on whom service is perfected.  *See* Rule 4(m), *Federal Rules of Civil Procedure*.

DONE, this 9th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE