# 2:05-CV-1157-WKW

# EXHIBIT B
# EXHIBIT OF KAY WILSON

# BALCH & BINGHAM

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HERMAN PAUL JOHNSON, #242189   )
                                 )
    Plaintiff,                )
                                 )
v.                             )     CIVIL ACTION NO.
                               )     2:05-CV-1157-WKW
DONAL CAMPBELL, COMMISSIONER )    (WO)
OF THE ALABAMA DEPARTMENT OF  )
CORRECTIONS, WARDEN MOSELY,   )
DR. DARBOUZE, et al.,           )
                                 )
    Defendants.

## AFFIDAVIT OF KAY WILSON

STATE OF ALABAMA    )
                       )
COUNTY OF BARBOUR  )

Before me, the undersigned Notary Public, personally appeared KAY WILSON who, after being duly sworn, states as follows:

1.      My name is Kay Wilson.  I am over the age of nineteen (19) years and I have personal knowledge of the information contained in this affidavit.

2.      I am presently employed by Prison Health Services, Inc. ("PHS") as the Health Services Administrator at the Easterling Correctional Facility ("Easterling") in Barbour County, Alabama.

3.      On or about September 29, 2005, Herman Johnson ("Johnson") was transferred to Easterling and is incarcerated at Easterling as of the date of this affidavit.  Since Johnson's incarceration at Easterling, Dr. Jean Darbouze and the medical staff at Easterling have provided medical treatment to Johnson for various medical conditions including, but not limited to, the

89543.1

following: diabetes, cirrhosis, hepatitis C, arthritis and gastro-intestinal illness. Because Johnson suffers from diabetes, he reports to our Chronic Care Clinic twice a day to have his blood sugar checked and receive insulin. The Chronic Care Clinic is held on a regular basis at Easterling in order to provide regular medical attention and oversight of those inmates with chronic medical conditions. The Chronic Care Clinic generally treats inmates with diabetes, hypertension, seizures, asthma or other pulmonary disorders and tuberculosis.

4.      In addition to the care provided by the Chronic Care Clinic, Johnson has received extensive medical care in the Easterling infirmary, most of which has been under the treatment of the Easterling medical director and treating physician, Dr. Jean Darbouze. Johnson's attached medical records exemplify the degree and scope of medical treatment provided to him during his incarceration at Easterling.

5.      PHS has a well-established grievance procedure for any inmate who wishes to voice a complaint regarding any medical treatment he has sought or received during his incarceration at Easterling. Upon arrival at Easterling, the Department of Corrections notifies inmates of the existence of the grievance process, the location of grievance forms as well as the details of the grievance process itself. The existence of the grievance procedure is well known among the prison population at Easterling. When inmates complain to me about the medical care they have received by the Easterling medical staff, I instruct them to follow the well-established sick call and grievance procedures.

6.      The grievance process consists of two steps. In order to initiate the grievance process, an inmate must submit an "informal" grievance, describing his complaint or complaints about medical treatment he has sought or received at Easterling. Within five to seven days of submission of an informal grievance, the medical staff will provide a response to the grievance.

If an inmate is displeased or not satisfied with the response to his informal grievance, he may submit a "formal" grievance, which is also known as a "grievance appeal," explaining why the inmate is displeased or not satisfied with the response provided by the medical staff. The medical staff will provide a response to any grievance appeal within five to seven days of submission of such an appeal. As HSA at Easterling, I review and respond to all informal and formal grievances on a daily basis.

7.    Informal grievance forms are available to all inmates and are located in the Shift Commander's Office in the inmates' dorms. Inmates may obtain an informal grievance form at any time of the day. Formal grievance or "grievance appeal" forms are located in the Health Care Unit and are available to inmates at all times upon the inmate's request. Inmates are instructed to place informal grievance forms in the locked box located outside the dining or "chow" hall. I retrieve the grievance forms from the mailbox on a daily basis, review them and either respond in writing or send for the inmate immediately depending on the severity of the medical complaint. I provide my written response at the bottom of the form and return a completed copy of the grievance to the inmate. I provide an additional copy of the completed grievance to my administrative assistant who in turn places a copy of the completed grievance in the inmate's medical records file. This grievance process has been in place and available the entire time Johnson has been incarcerated at Easterling. Johnson never filed any informal or formal grievance regarding any aspect of the medical care received by Johnson by PHS during his incarceration at Easterling.

8.    PHS has a well-established sick-call procedure for inmates to follow in order to receive access for routine medical treatment. Upon being admitted to Easterling, inmates are shown a video explaining the sick call procedure. Upon his most recent incarceration, Johnson

was provided and signed a Department of Corrections' Form entitled Kilby Correctional Facility Access to Health Care.    Upon being admitted to Easterling, Johnson received another Department of Corrections' Form entitled Easterling Correctional Facility Access to Health Care. This document provides, among other things, that:   inmates shall have access to health care twenty-four (24) hours a day, seven (7) days a week; sick call request forms will be processed seven (7) days a week and are available in the dorm cube or any shift commander's office; sick-call forms should be submitted in the locked box outside the dining "chow" hall; inmates are to advise the nearest Correctional Officer in the event of an emergency, and in the event of a medical emergency, prompt access to health care will be provided.

9.    Sick call request forms are available to all inmates and are located in the Shift Commander's Office in the inmates' dorms.  Inmates may obtain these forms at any time of the day.  Before reporting to sick call, inmates must complete a sick call screening form and turn it into the Easterling medical staff for processing.  Inmates are instructed to complete the sick call request form and place it in the designated locked box located outside the front entrance to the dining "chow" hall.  Inmates who wish to be seen by a doctor must report for sick call or sign a refusal of treatment if declining care.  Easterling conducts sick call five (5) times per week, Sunday through Thursday excluding holidays or unexpected emergencies.  Sick call begins at 12:30 p.m. and lasts as long as necessary to examine all of the inmates who report to sick call.

10.    PHS employees, including the HSA, a registered nurse ("RN") and nursing staff conduct sick call in the following manner.  First, the HSA confirms no inmate requires emergency treatment or attention of any kind.  Thereafter, the medical staff at Easterling prepares a list of inmates to be seen in sick call that day and provides it to the shift command officer in the dorm so that he will know what inmates to send to the Health Care Unit for sick

89543.1                                                      4

call on that day. Once the inmates arrive in the Health Care Unit, the Registered Nurse and nursing staff examine each of the inmates. If the inmate's complaint is minor, the Registered Nurse and nursing staff treat the inmate; if the inmate's complaint is considered moderate, the complaint is referred to the treating physician to provide verbal orders regarding treatment, and if the complaint is severe, the inmate is held at the Health Care Unit for the treating physician to examine.

11.     It is not uncommon for an inmate who has filled out a sick call request form to refuse to report to sick call. If an inmate fails to report to sick call after completing a sick call request or otherwise refuses medical treatment, the medical staff at Easterling provides the inmate a waiver or "Release of Responsibility" form to sign. Often, inmates such as Johnson, who have filled out a sick-call request form and who fail to show up for sick call upon being sent for, refuse to sign the waiver form. It is standard procedure for inmates who refuse to report to sick call to sign these waiver forms.

12.     Since his incarceration at Easterling, Johnson has submitted a total of eight (8) sick call request forms, requesting treatment for scabies, dentures, high blood sugar, dizziness, weakness, loss of consciousness, seizures, kidney failure, nerve damage, pain and blindness. For each sick call request form submitted by Johnson, Dr. Darbouze or the medical staff at Easterling promptly responded to his request for treatment. However, Johnson refused to report to sick call or refused to accept medical treatment after submitting at least four (4) of these sick call request forms. On at least five (5) other occasions, Johnson signed or was provided and refused to sign a waiver form indicating that he refused to accept medical treatment. Johnson was never coerced into signing a waiver form.

13. As Health Services Administrator, I work closely with Dr. Darbouze in facilitating the treatment of inmates incarcerated at Easterling. The problem or complaints listed in Johnson's complaint relate to his diabetic condition, which include elevated blood sugar, side effects associated with medication prescribed to regulate his blood sugar, and swelling in his legs and feet. As evidenced by the Chronic Care Clinic's records, physician's progress notes and medication records, Dr. Darbouze and the medical staff at Easterling has at all times monitored Johnson's blood sugar level and adjusted Johnson's blood sugar medication and insulin accordingly. Dr. Darbouze has also prescribed insoles and diabetic hose to Johnson, and Johnson signed a form indicating he had received these items.

14. Johnson also complains about going blind and the medical treatment Dr. Darbouze has provided him with regard to his eyes. Upon receiving complaints from Johnson regarding his eyes, Dr. Darbouze immediately referred Johnson to an outside specialist in ophthalmology, Dr. John G. Fortin. Johnson's medical records indicate that Dr. Fortin diagnosed Johnson with macular degeneration in both eyes. Pursuant to Dr. Fortin's orders, Johnson was prescribed and received eyeglasses. Johnson signed a form indicating he had received the eyeglasses.

15. Johnson also alleges in his Complaint that he was unable to make it to sick call because he was not provided with a wheelchair. The Department of Corrections provides inmates a wheelchair which is available in the Shift Commander's Office at all times. Inmates that require a wheelchair are provided one. Dr. Darbouze has not ordered a wheelchair for Johnson. Dr. Darbouze ordered that Johnson receive a cane on November 22, 2005 and again on December 29, 2005. On both occasions, Johnson signed a form indicating he had received a cane.

89543.1

16.    Dr. Darbouze has at all times provided timely and appropriate medical treatment to Johnson for all of his medical problems, including diabetes and the complications related thereto. Dr. Darbouze did not refuse Johnson necessary medical care or treatment. Johnson is currently receiving all medical treatment as prescribed by Dr. Darbouze and outside medical providers.

Further affiant sayeth not.

_Kay Wilson, RN/HSA_
Kay Wilson, Health Services Administrator

**SWORN TO and SUBSCRIBED** before this the ⎯22ⁿᵈ⎯ day of March, 2006.

_Grace M. Maley_
Notary Public

(SEAL)                    My Commission Expires: 03|31|07.