2:05-CV-1157-WKW

EXHIBIT C
AFFIDAVIT OF DR. JOHN G. FORTIN

BALCH & BINGHAM

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HERMAN PAUL JOHNSON, #242 189 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONAL CAMPBELL, COMMISSIONER )<br>OF THE ALABAMA DEPARTMENT OF )<br>CORRECTIONS, WARDEN MOSELY, )<br>DR. DARBOUZE, et al., )<br>)<br>Defendants. | CIVIL ACTION NO.<br>2:05-CV-1157-WKW<br>(WO) |

### AFFIDAVIT OF DR. JOHN G. FORTIN

STATE OF ALABAMA )
)
COUNTY OF HOUSTON )

Before me, the undersigned Notary Public, personally appeared DR. JOHN G. FORTIN, who, after being duly sworn, states as follows:

1. My name is Dr. John G. Fortin. I am over the age of nineteen (19) years and I have personal knowledge of the information contained in this affidavit.

2. I have been a licensed physician in Alabama since 1980 and have been board certified in ophthalmology since 1981. I am also a Fellowship Trained retina surgeon.

3. On November 9, 2005, I examined Herman Johnson and based on a disciform scar that I noted on his right eye, I diagnosed him with macular degeneration in both eyes. The macular degeneration in Johnson's right eye is significantly more progressed than the macular degeneration in Johnson's left eye.

89919.1

4. Macular degeneration is an incurable eye disease which typically affects persons over the age of 55. The exact cause of macular degeneration is unknown and it is typically thought to be a hereditary condition. Macular degeneration results from the deterioration of the central portion of the retina. Johnson is sixty (60) years old; therefore, it is not surprising that he suffers from this disease.

5. There are "wet" and "dry" types of macular degeneration. Because Johnson's left macula is dry, which means there is no leakage of blood or serum from the eye, there is no need for treatment for his macular degeneration. Vitamins are often prescribed in an effort to prevent the worsening of the disease. It is my understanding that Johnson receives a multi-vitamin on a daily basis.

6. I also noted during my examination a disciform scar on the center of Johnson's right eye and cataracts on both eyes. The disciform scar could be indicative of the end state of macular degeneration or some other sort of trauma to the eye versus vascular occlusion. During the examination, I also checked Johnson for diabetic retinopathy, which is a condition causing the blood vessels in the eye to leak with impairment of vision and found that Johnson does not suffer from diabetic retinopathy at this time.

7. After discussing Johnson's overall vision with him, I decided that it was not medically appropriate or necessary to surgically remove Johnson's cataracts at this time. Because Johnson is diabetic, there is a high risk of swelling in the back of the eyes associated with cataract-removal surgery. Moreover, with the exception of the blind spot in his right eye, which apparently is related to the disciform scar in the center of that eye, Johnson reported he is still happy with vision in left eye.

89919.1

8. Based on my examination of Johnson, I do not recommend that he undergo laser surgery at this time. Laser surgery would not cure, reverse or prevent Johnson's macular degeneration and would not correct the scar on his eye or his vision to any significant degree. Laser surgery in Johnson's right eye would particularly not be appropriate as his medical history indicates that he received laser surgery in his right eye within the past two years.

9. At the conclusion of my examination of Johnson, I ordered that arrangements be made for Johnson to see an optometrist to be fitted for glasses, which I understand he has received. I also ordered a follow-up consultation in twelve (12) months.

Further affiant sayeth not.

Dr. John Fortin

SWORN TO and SUBSCRIBED before this the 23rd day of March, 2006.

Notary Public
My Commission Expires:   NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: June 13, 2006
BONDED THRU NOTARY PUBLIC UNDERWRITERS

(SEAL)

# 2:05-CV-1157-WKW

# EXHIBIT D
# MEDICAL RECORDS AFFIDAVIT

# BALCH & BINGHAM

# AFFIDAVIT

STATE OF ALABAMA )
)
_Barbour_ COUNTY )

    I, _Beth Long_, hereby certify and affirm that I am a _Medical Records Clerk_, at _Easterling Correctional_; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Herman Paul Johnson_, AIS# _242189_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

    I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Prison Health Service_; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

    This, I do hereby certify and affirm to on this the _1st_ day of _February_, 2006.

                                           _Beth Long_

**SWORN TO AND SUBSCRIBED BEFORE ME THIS THE**
_1st_ Day of _February_, 2006.

_Linda A. Wilkinson_
Notary Public
_9/16/2007_
My Commission Expires