# 2:05-CV-1157-WKW

# EXHIBIT 1

# BALCH & BINGHAM



# DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

**RECEIVED: Inmate/Health Record**
Institution: Easterling
Date: 9-29-05   Time: 10:20 AM/**PM**

**RECEIVED FROM:** Institution/Work Release Center/Free-World Hospital

**RECEIVING MEDICAL STATUS**
- [✓] Population
- [ ] Infirmary
- [ ] Isolation

**RELEASED: Inmate/Health Record**
Institution: Kilby
Date: 9/28/05   Time: 1600 AM/**PM**

**RELEASE FROM:**
- [ ] Infirmary
- [ ] Population
- [ ] Other ____
- [ ] Segregation
- [ ] Mental Health

**RELEASE TO:**
- [✓] DOC
- [ ] Infirmary
- [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

**ALLERGIES:** NKDA

**PHYSICAL EXAMINATION**
Date of last exam: ____
Chest X-Ray Date: ____   Result: ____
PPD Reading: 9-11-05  0mm
Classification: ____
Limitations: ____

**LAB RESULTS -- LAST REPORT**
| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 9-9-05 | | X |
| Urinalysis | 9-9-05 | ✓ | |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | ✓ | |
| Dental Prosthesis | | ✓ |
| Hearing Aide | | ✓ |
| Other Prosthesis | | ✓ |

Receiving Nurse: C Darien

**CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS**
IDDM, cirrhosis, stroke x1 1995, joint + neck problems, psy problems, hepatitis C, depression

**CURRENT MEDICATION -- DOSAGE AND FREQUENCY**
Pamelor 75 mg po q HS
Celebrex 20 mg po qd
HCTZ 50 mg po qd
ASA 81 mg po qd

**SCHEDULE FOR CHRONIC CARE CLINIC**
DATE: ____   LAST CLINIC: ____

| | Sent w/ inmate | Not sent w/ inmate |
|---|---|---|
| MEDICATIONS | | |
| X-RAY FILM | | |
| HEALTH RECORD | | |

Released to: ____
Date: ____   Time: ____   AM/PM

| | Received | Not Received |
|---|---|---|
| MEDICATIONS | ✓ | |
| X-RAY FILM | | ✓ |
| HEALTH RECORD | ✓ | |
| CHART REVIEWED | ✓ YES | [ ] NO |

Received by: C Darien
Signature of Receiving Nurse
Date: 9-29-05   Time: 10:20 AM/**PM**

**FOLLOW-UP CARE NEEDED**
- [ ] Medical
- [ ] Dental
- [ ] Mental Health

Date ____ Time ____ With Whom -- Location (Sending Nurse) ____ Date/Appt. Made w/Whom (Rec. Nurse) ____

**HISTORY (SENDING NURSE)** (Noted from health record documentation)
| | Yes | No |
|---|---|---|
| Drug Use | | ✓ |
| Mental Illness | ✓ | |
| Suicide Attempt | | ✓ |
| Chronic Care | ✓ | |

**STATUS**
- Special Diet
- Appearance
OTHER PERTINENT NURSING ASSESSMENT

**SKIN (RECEIVING NURSE)** (Noted from inmate assessment)
| | Yes | No |
|---|---|---|
| Open Sores | | ✓ |
| Lice | | ✓ |
| Edema | | ✓ |
| Warm & Dry | ✓ | |
| Cool & Moist | | |

**CONDITION**
| | Yes | No |
|---|---|---|
| Alert | ✓ | |
| Oriented | ✓ | |
| Uncooperative | | ✓ |
| Depressed | ✓ | |

**INTAKE**
Sick Call Procedures Explained: CP
Height: 6'0"
Weight: 270
Blood Pressure: 110/64
Temperature: 98.7
Pulse Resp.: 70
Other: Treated for scabies @ Kilby

Signature of Nurse Completing Assessment (Sending Nurse): Angela Brown RN    Date: 9-28-05
Signature of Intake Screening Nurse (Receiving Nurse): C Darien    Date: 9-29-05

**INMATE NAME (LAST, FIRST, MIDDLE):** Johnson, Herman P.
**DOC#:** 242189
**DOB:** 07/17/45
**Race/Sex:** W/M
**FAC.:** KCF

PHS-MD-70009    (White - Medical Jacket, Yellow - Transfer Coordinator)

# 2:05-CV-1157-WKW

# EXHIBIT 2

# BALCH & BINGHAM

# PROCEDURE FOR ACCESS TO HEALTH CARE

**ACCESS TO HEALTHCARE:** All inmates have access to healthcare 24 hours a day, 7 days a week.

**SICK CALL SCREENING:** Treatment for routine medical, dental and mental health complaints are processed through nurse screening seven days a week. You must complete a sick-call screening form and turn this form into medical services for processing. You may obtain screening forms from any dorm cube or shift commander's office. You need to place the screening form in the locked box located at the dining hall. Sick Call forms for Segregation will be picked up by the nurse on the 4:00am medication rounds. Sick Call Screening for population is held Sunday through Friday on second shift at 7:30pm. Segregation Sick Call Screening is held during the 9:00pm pill call. Doctor's clinic is held Monday through Friday excluding holidays or an unexpected emergency.

**FEE FOR SERVICE:** All health service requests are subject to a $3.00 co-pay that will be deducted from your PMOD account by The Department of Corrections, depending on the nature of your request. Prison Health Services does not receive the monies collected from the co-pay. Please realize that no one is denied care based on their inability to pay for services.

**NOTIFICATION OF SCHEDULED APPOINTMENTS:** All scheduled appointments are placed in the inmate news letter on a daily basis. It is your responsibility to check the newsletter on a daily basis. If you fail to appear for any scheduled appointment, you will be required to sign a Release of Responsibility.

**PILL CALL TIMES:**

| POPULATION | DIABETIC | SEGREGATION |
|---|---|---|
| 4:00am | 3:00am | 4:00am |
| 9:00am | 9:00am | 10:00am |
| 5:00pm | 3:00pm | 5:00pm |

**MEDCIAL EMERGENCIES:** Medical request on weekends and holidays are reviewed. Any request for medical attention that cannot wait until the next sick-call clinic will be processed at that time. All other request will be held until regular Sunday through Friday sick call. Medical emergencies, such as those involving intense pain, potential life-threatening situations, or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest Correctional Officer of an emergency, so prompt access to health care is provided.

**DENTAL SICK CALL:** You are required to sign up for Dental sick call using the same procedure as medical sick call. There is a $3.00 co-pay for dental screening. There is no charge for follow up care scheduled through dental screening. Population and Segregation Dental Screenings are held during sick call screenings at 7:30pm in the Health Care Unit. Follow-up care, if needed, is scheduled at this time. Emergency dental service is provided 24 hours a day with a dentist on call. Those not meeting scheduled appointments must sign a refusal of treatment form.

**ACCESS TO MENTAL HEALTH TREATMENT:** You can access mental health by filling out a sick call form and coming to sick call. There is no co-pay for mental health services. If you have a mental health emergency you should notify the nearest Correctional Officer so that prompt access is provided.

I have read the *access to health care* information sheets and have been given a copy.  I understand how to access health care.

Name _Henyon Johnson_ Date _9-9-05_

AIS# _242189_

Medical Staff _Hardy, LPN_ Date _9-9-05_

4/13/04