# 2:05-CV-1157-WKW

# EXHIBIT 3

# BALCH & BINGHAM



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Herman Johnson    Date of Request: 01-17-06
ID #: 242189    Date of Birth: 7-17-45   Location: 6B-B20
Nature of problem or request: Dr. Dubose I need you to see to it for me to get Top Dentures. I cannot eat properly without them. Sincerly Herman Johnson

Signature: Herman Johnson

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: 1/19/06
Time:
Receiving Nurse Initials: CMC

(S)ubjective:

(O)bjective (V/S): T: ___  P: ___  R: ___  BP: ___  WT: ___

(A)ssessment: See Net 1/19/2006

(P)lan:

Refer to:  MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

Signature and Title: J. Chey TRN

WHITE:  INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: **Herman Paul Johnson**   Date of Request: **12-9-05**
ID #: **242189**   Date of Birth: _____   Location: **6b-82**
Nature of problem or request: Requesting chronic care evaluations and prescribed medications that does not leave patient in continuous pain. Blood Sugar count was 439 12-9-05, is dangerous. Patient needs more extensive testing to determine eligibility for treatment. Address his med. Needs.

Signature: *Herman Johnson*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date:
Time:
Receiving Nurse Initials _____

**(S)ubjective:**

**(O)bjective (V/S):**  T: ____  P: ____  R: ____  BP: ____  WT: ____

**(A)ssessment:** Waiver signed

**(P)lan:**

Refer to:  MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

Signature: *Garcia W*
SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: **Herman Johnson**   Date of Request: **12-5-05**
ID #: **242189**   Date of Birth: **7-17-45**   Location: **6-B82**
Nature of problem or request: **My first request is to have an impression for teeth "Top" "I have no Dental work other than that, 2nd for some kind of Treatment for itching, I can pay for the ointment**

Signature: *Herman Johnson*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date:
Time:
Receiving Nurse Initials _____

(S)ubjective:

(O)bjective (V/S):  T:   P:   R:   BP:   WT:

(A)ssessment:   *Waiver*

(P)lan:

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Herman Johnson  Date of Request: 11-11-05
ID # 242189  Date of Birth: 7-17-45  Location: 6B-82
Nature of problem or request: Please Respond soon, need upper plate, cant chew up food, Dentist please Respond!! Sincerly Herman Johnson

Signature: Herman Johnson

**DO NOT WRITE BELOW THIS LINE**

Date: 11/12/2005
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: 11-11-05
Time:
Receiving Nurse Initials: RP

(S)ubjective: See NET

(O)bjective (V/S): T:  P:  R:  BP:  WT:

(A)ssessment:

(P)lan:

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Herman Johnson  Date of Request: 11-7-05
ID # 242189  Date of Birth: 7-17-45  Location: E.C.F.
Nature of problem or request: I Refuse to take My Blood pressure pills until I see a doctor

Signature: Herman Johnson

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: 11/8/05
Time:
Receiving Nurse Intials: WP

**(S)ubjective:**

**(O)bjective (V/S):** T:  P:  R:  BP:  WT:

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: __Herman Paul Johnson__   Date of Request: __11-7-05__
ID # __242129__                       Date of Birth: __7-17-45__   Location: __6b-82__
Nature of problem or request: __Need to see doctor. Evaluation: diagnosed__
__Diabetes: complaining of dizziness and weakness; loss of con-__
__sciousness + seizures; kidney failure, nerve damage, pain__
__including blindness;__

_Signature_

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: __11/8/05__
Time:
Receiving Nurse Initials: __MR__

**(S)ubjective:**

**(O)bjective**  (V/S):  T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:  Yes ( )   No ( )
   Was MD/PA on call notified:  Yes ( )   No ( )

_____
                            SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

(ATTn, Mrs Flowers)

Print Name: Herman Johnson   Date of Request: 10-27-05
ID # 242189   Date of Birth: 7-17-45   Location: 6-B-82
Nature of problem or request: This morning I woke up and my right leg has like strain in my calf, my Right side is weak and my vision has worsend in my right eye, I have Scabees also, I can't get no co-operation from Med Staff please help me

Herman Johnson
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: 10/28/05
Time:
Receiving Nurse Initials: MP

**(S)ubjective:**

**(O)bjective** (V/S):  T:           P:           R:           BP:           WT:

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
    Was MD/PA on call notified:   Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002 (1/4)



## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: __Hermon Johnson__   Date of Request: __10-10-05__
ID # __24189__   Date of Birth: __7-17-45__   Location: _____
Nature of problem or request: __I was treated at Kilby for scabee's__
__I only got one treatment and now they have come back__
__also can't see need glasses__

Signature: __Herman Johnson__

**DO NOT WRITE BELOW THIS LINE**

Date: __/__/__
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: OCT 10 2005
Time:
Receiving Nurse Initials _____

**(S)ubjective:**

**(O)bjective (V/S):** T: _____ P: _____ R: _____ BP: _____ WT: _____

See wet

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: **Herman Johnson**   Date of Request: _____
ID # **242189**   Date of Birth: **7-17-45**   Location: **6B-82**
Nature of problem or request: **I need to see the doctor, he told me he would give me a No prolong Standing & Lay In profile. All he put on it was Bottom Bunk profile**

Signature: *Herman Johnson*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials ____ |

(S)ubjective:

(O)bjective  (V/S):  T: ____  P: ____  R: ____  BP: ____  WT: ____

(A)ssessment:

(P)lan: *Waive sort*

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT