# 2:05-CV-1157-WKW

# EXHIBIT 4

# BALCH & BINGHAM

8:40 PM



PHS

PRISON
HEALTH
SERVICES
INCORPORATED

6·B·82

## RELEASE OF RESPONSIBILITY

Inmate's Name: _____ Herman Johnson _____

Date of Birth: 7-17-45 _____ Social Security No.: 242189

Date: 12-12-05 _____ Time: 7:00 _____ A.M. P.M.

This is to certify that I, _____ Herman Johnson _____, currently in

custody at the _____ ECF _____, am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _____ No show for
(Specify in Detail)

sick call _____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_____
(Signature of Inmate)**

_____ Darrin a
(Signature of Medical Person)

_____
(Witness)

_____ Alamols RN
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

Inmate Refused to sign

60115 (5/85)



**PRISON**
**HEALTH**
**SERVICES**
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Herman    Johnson_

Date of Birth: _7·7·45_    Social Security No.: _242189_

Date: _12·11·05_    Time: _7:50_    A.M. (P.M.)

This is to certify that I, _Herman    Johnson_ , currently in
<span style="font-size:smaller">(Print Inmate's Name)</span>

custody at the _ECF_ , am refusing to
<span style="font-size:smaller">(Print Facility's Name)</span>

accept the following treatment/recommendations: _ack call    did not_
<span style="font-size:smaller">(Specify in Detail)</span>
_Show up in timely manner refused_
_to Sign Waive_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_____    _Wardin W_
(Signature of Inmate)**    (Signature of Medical Person)

_____    _Shuw W_
(Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Herman Johnson_

Date of Birth: _____     Social Security No.: _242189_

Date: _11/26/05_     Time: _____     4 A.M./P.M.

This is to certify that I, _____ , currently in
(Print Inmate's Name)

custody at the _____ECF_____ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _+ Refuse body chart_
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

x _Herman Johnson_
(Signature of Inmate)**

_____
(Signature of Medical Person)

_____
(Witness)

_____
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Herman Johnson_

Date of Birth: _7-17-45_          Social Security No.: _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_

Date: _11/22/05_          Time: _11am_          A.M.
                                                P.M.

This is to certify that I, _Herman Johnson_ , currently in
                          (Print Inmate's Name)

custody at the _Easterling Correctional Facility_ , am refusing to
                (Print Facility's Name)

accept the following treatment/recommendations: _refuse Hep B vaccine_
                                                 (Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Herman Johnson_                    _S Bushren_
(Signature of Inmate)**                (Signature of Medical Person)

_M Purper RN_
(Witness)                              (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# RELEASE OF RESPONSIBILITY

Inmate's Name: _Hermon Johnson 242189_

Date of Birth: _7-17-45_         Social Security No.: _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_

Date: _11-7-05_         Time: _1/10_         A.M. **P.M.**

This is to certify that I, _I Refuse to take my Blood pregure pills_ , currently in
<sub>(Print Inmate's Name)</sub>

custody at the _Until I see A doctor_ _____ , am refusing to
<sub>(Print Facility's Name)</sub>

accept the following treatment/recommendations: _Hermon Johnson_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_____         _____
(Signature of Inmate)**                         (Signature of Medical Person)

_____         _____
(Witness)                                 (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Herman John_

Date of Birth: _2-17-45_

Date: _10-30-2005_                   Social Security No.: _242189_

                                           Time: _10 45_  A.M. (P.M.)

This is to certify that I, _Herman John_
                                    (Print Inmate's Name)
                                                                 , currently in

custody at the _Elmore_
                        (Print Facility's Name)
                                                               , am refusing to

accept the following treatment/recommendations: _W/o Show S/c  10-30-2005_
                                                            (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Refusal Sign_
(Signature of Inmate)**


_John M/S G_
(Signature of Medical Person)

_____                    _____
(Witness)                                                (Witness)

**...sal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

'85)





**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Johnson, Herman_

Date of Birth: _04/17/1945_    Social Security No.: _AIS 242189_

Date: _10/30/05_    Time: _910 p_    A.M. (P.M.)

This is to certify that I, _Herman Johnson_ , currently in
(Print Inmate's Name)

custody at the _ECF_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Sick call_
(Specify in Detail)

_- no show -_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Herman Johnson_    _S. Kim Ita CPN_
(Signature of Inmate)**    (Signature of Medical Person)

(Witness)    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Johnson Hekman_

Date of Birth: _____     Social Security No.: _242189_

Date: _10/27/05_     Time: _510_     A.M. (P.M.)

This is to certify that I, _Johnson Hekman_ _____, currently in
                                     (Print Inmate's Name)

custody at the _Easterlix_ _____, am refusing to
                        (Print Facility's Name)

accept the following treatment/recommendations: _Refused PM FSBS & Inj fas_
                                                        (Specify in Detail)
_PM_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Refused to Sign_ _____          _____
        (Signature of Inmate)**                      (Signature of Medical Person)

_PM_ _____
        (Witness)                                      (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Herman Johnson_

Date of Birth: _7-17-45_                    Social Security No.: _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_

Date: _10-04-05_                    Time: _9:40_                    A.M.
                                                                    **P.M.**

This is to certify that I, _Herman Johnson_ , currently in
(Print Inmate's Name)

custody at the _Eastland Correction Facility_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _____
                                    (Specify in Detail)

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Herman Johnson    242189_                    _____
(Signature of Inmate)**                    (Signature of Medical Person)

_____                    _____
(Witness)                                    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)