2:05-CV-1157-WKW

EXHIBIT 5

BALCH & BINGHAM



# SPECIAL NEEDS COMMUNICATION FORM

Date: 12/29/05

To: Doc

From: PHS

Inmate Name: Johnson Herman   ID#: 242189

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Walking Cane, no prolong Standing or Walking Lay-in, Bottom Bunk, Release from Work X 6 mos - 12/29/05 — 6/29/06

Date: 12/29/05   MD Signature: Dr Darby   Time: 130 pm

X Herman Johnson

60418



# SPECIAL NEEDS COMMUNICATION FORM

Date: 10/14/05

To: Doc- Easterling

From: HCU- Easterling

Inmate Name: Johnson, Herman   ID#: 242189

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

Comments: — Bottom bunk, No prolonged standing, No heavy lifting, Lay-in, Release from Work profiles x 6 months (10/14/05 — 4/14/06)

Date: 10/14/05   MD Signature: v/o Dr. Darbouze/MP   Time: 1020am

X  Herman Johnson

60418



# SPECIAL NEEDS COMMUNICATION FORM

Date: 10-3-05

To: Doc

From: PHS

Inmate Name: Johnson Herman   ID#: 24289

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**
Bottom Bunk Profile x 6 mo
10-3-05 → 4-6-06

Date: 10-3-05   MD Signature: V/o Dr. Darbouze /pr   Time: 3⁰⁰

_Herman Johnson_

60418

2:05-CV-1157-WKW

EXHIBIT 6

BALCH & BINGHAM

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

**Site Name & Number:** EASTERLING 835
**Site Phone #:** (334) 397-3128
**Site Fax #:** (334) 397-3128

**Patient Name: (Last, First,)** Johnson Herman
**Alias: (Last, First,)**
**Inmate #:** 242189
**SS Number:**

**Date: (mm/dd/yy)** 10/13/05
**Date of Birth: (mm/dd/yy)** 10/13/05
**PHS Custody Date: (mm/dd/yy)**
**Potential Release Date: (mm/dd/yy)**

**Will there be a charge?** ☒ Yes ☐ No
**Sex:** ☒ Male ☐ Female

**Responsible party:** ☒ PHS  ☐ Auto Ins.
☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans)
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☒ Physician ☐ NP, PA ☐ Dental
DARBOUZE, J. A.

**Facility Medical Director Signature and Date:** [signature] 10/13/05
☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☒ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy):** __/__/__
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** ____ ☐ Other: ____

**Specialist referred to:** Retina/Vitreous Surgeon Dr Fortin

**Type of Consultation, Treatment, Procedure or Surgery:**

**Diagnosis:** Diabetic Retinopathy
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/symptoms with Date of Onset:**
60 y.M. Scar Macula OD
- DM II
- S/P Laser Rx OD

**Results of a complaint directed physical examination:**
OD = 20/50

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**
☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

**Date resubmitted:** __/__/__

**Regional Medical Director Signature, printed name and date required:** __/__/__ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

**Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:**

05a - UM Referral review form .xls

# 2:05-CV-1157-WKW

# EXHIBIT 7

# BALCH & BINGHAM



**PHS**
PRISON HEALTH SERVICES INCORPORATED

## DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|---|---|---|---|---|---|
| 12-6-05 | | | Reviewed Nx prophy polish floss OHI given. Pt needs upper denture + lower partial + filling. PTR for fillings | JM RDH | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S |
|---|---|---|---|---|
| | | | | |

PHS-MD-70022