2:05-CV-1157-WKW

EXHIBIT 8

BALCH & BINGHAM

# DIABETIC RECORD

MONTH OF December 2005

Johnson H
242184

## A.M. DOSE | P.M. DOSE

| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE | DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 4a | 424 | 6 | go | 01 | 4p | 422 | 6 | Sr |
| 02 | 4a | 394 | 4 | go | 02 | 4p | 420 | 6 | Sr |
| 03 | 4a | 481 | 6 | go | 03 | 4p | 322 | 4 | cv |
| 04 | 4a | 428 | 6 | SRS | 04 | 4p | 372 | 4 | av |
| 05 | 4a | 289 | 2 | SRS | 05 | 4p | 499 | 6 | Sr |
| 06 | 4a | 450 | 6 | go | 06 | 4p | 578 | 8 | Sr |
| 07 | 4a | 397 | 4 | go | 07 | 4p | 416 | 6 | Sr |
| 08 | 4a | 413 | 6 | gw | 08 | 4p | 286 | 2 | cv |
| 09 | 4a | 426 | 6 | go | 09 | 4p | 434 | 6 | Y |
| 10 | 4a | 478 | 6 | SRS | 10 | 4p | 318 | 4 | go |
| 11 | 4a | 403 | 6 | go | 11 | 4p | 466 | 4 | Y |
| 12 | 4a | 498 | 6 | gD | 12 | 4p | 395 | 4 | Y |
| 13 | 4a | 411 | 6 | | 13 | 4p | 210 | 2 | aw |
| 14 | 4a | 404 | 6 | go | 14 | 4p | 343 | 4 | Y |
| 15 | 4a | 348 | 4 | go | 15 | 4p | 253 | 2 | L |
| 16 | 4a | 305 | 4 | go | 16 | 4p | 226 | 2 | SRS |
| 17 | 4a | 291 | 2 | gw | 17 | 4p | 204 | 2 | go |
| 18 | 4a | | | | 18 | 4p | 3 | | |
| 19 | 4a | | out to hospital | | | 19 | 4p | 3 | | |
| 20 | 4a | | | | 20 | 4p | 3 | | |
| 21 | 4a | 309 | 4 | SRS | 21 | 4p | | | |
| 22 | 4a | 344 | 4 | go | 22 | 4p | 349 | 4 | Y |
| 23 | 4a | 298 | 2 | go | 23 | 4p | 342 | 4 | P |
| 24 | 4a | 228 | 2 | SRS | 24 | 4p | 357 | 4 | SrH |
| 25 | 4a | 204 | 2 | SrH | 25 | 4p | 344 | 4 | aw 9/05 |
| 26 | 4a | 475 | 6 | SrH | 26 | 4p | 326 | 4 | aw Sr |
| 27 | 4a | 258 | 2 | SrH | 27 | 4p | 394 | 4 | aw /06 |
| 28 | 4a | 242 | 2 | SrH | 28 | 4p | 308 | 4 | aw |
| 29 | 4a | 248 314 | 2 | S | 29 | 4p | 330 | 4 | Notsh |
| 30 | 4a | 268 | 2 | SRS | 30 | 4p | 322 | 4 | aw |
| 31 | 4a | 569 | 8 | go | 31 | 4p | 239 | 2 | Sr |

PRISON HEALTH SERVICES, INC.

# DIABETIC RECORD

**MONTH OF** November 2005

Johnson Herman
242184

## A.M. DOSE / P.M. DOSE

| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE | DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 4a | 330 | 4 | SS | 01 | 4p | 475 | 6 | 82 |
| 02 | 4a | 283 | 2 | 90 | 02 | 4p | 460 | 6 | 83 |
| 03 | 4a | 345 | 4 | 90 | 03 | 4p | 320 | 4 | 82 |
| 04 | 4a | 240 | 2 | S | 04 | 4p | 223 | 2 | 82 |
| 05 | 4a | 307 | 4 | 90 | 05 | 4p | 431 | 6 | 10 |
| 06 | 4a | 170 | 0 | SS | 06 | 4p | 189 | 0 | 10 |
| 07 | 4a | 172 | 0 | SS | 07 | 4p | 211 | 2 | 82 |
| 08 | 4a | 223 | 2 | 90 | 08 | 4p | 234 | 2 | 10 |
| 09 | 4a | ~~533~~ 173 | 2 | SS | 09 | 4p | 423 | 6 | 8 |
| 10 | 4a | 533 | 8 | 90 | 10 | 4p | 225 | 2 | 8 |
| 11 | 4a | 368 | 4 | 90 | 11 | 4p | 222 | 2 | 82 |
| 12 | 4a | 246 | 2 | 88 | 12 | 4p | 306 | 4 | S |
| 13 | 4a | 258 | 2 | 90t | 13 | 4p | 234 | 2 | 8 |
| 14 | 4a | 326 | 4 | 90 | 14 | 4p | 369 | 4 | 10 |
| 15 | 4a | 534 | 8 | 8 | 15 | 4p | 391 | 4 | 82 |
| 16 | 4a | 469 | 6 | SS | 16 | 4p | 180 | 0 | 8 |
| 17 | 4a | 378 | 4 | 90 | 17 | 4p | 144 | 6 | 82 |
| 18 | 4a | 394 | 4 | SS | 18 | 4p | 384 | 4 | 82 |
| 19 | 4a | 200 | 0 | 90 | 19 | 4p | 378 | 4 | 8 |
| 20 | 4a | "Hi" | 8 units | SS | 20 | 4p | 324 | 4 | 8 |
| 21 | 4a | 270 | 2 | SS | 21 | 4p | 351 | 4 | 8 |
| 22 | 4a | | | | 22 | 4p | 416 | 6 | 8 |
| 23 | 4a | | | | 23 | 4p | 398 | 4 | 8 |
| 24 | 4a | | | | 24 | 4p | 344 | 4 | 8 |
| 25 | 4a | 382 | 4 | 90 | 25 | 4p | 362 | 4 | 82 |
| 26 | 4a | 347 | 4 | SS | 26 | 4p | 544 | 8 Body chart refused | 82 |
| 27 | 4a | 498 | 6 | 90 | 27 | 4p | 223 | 2 | 82 |
| 28 | 4a | 368 | 4 | | 28 | 4p | 294 | 2 | 8 |
| 29 | 4a | 378 | 4 | SS | 29 | 4p | 496 | 6 | S |
| 30 | 4a | | | | 30 | 4p | 375 | 4 | 8 |
| 31 | 4a | | | | 31 | 4p | | | |

**SON HEALTH SERVICES, INC.**

CAL-5B1

# DIABETIC RECORD
## MONTH OF October 2005

Johnson Herman
242189

| DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE | DATE | TIME | BLOOD SUGAR | UNITS INSULIN | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 4a | 144 | 0 | JKS | 01 | 4p | 155 | 0 | SL |
| 02 | 4a | 124 | 0 | JW | 02 | 4p | 234 | 2 | SL |
| 03 | 4a | 119 | 0 | Int | 03 | 4p | 109 | 0 | SL |
| 04 | 4a | 95 | 0 | SJ | 04 | 4p | 151 | 0 | SL |
| 05 | 4a | 118 | 0 | JW | 05 | 4p | 272 | 2 | SL |
| 06 | 4a | 160 | 0 | SL | 06 | 4p | 108 | 0 | SL |
| 07 | 4a | 106 | 0 | JW | 07 | 4p | 116 | 0 | SL |
| 08 | 4a | 287 | 2 | JW | 08 | 4p | 93 | 0 | DS |
| 09 | 4a | 209 | 2 | SJ | 09 | 4p | 158 | 0 | SL |
| 10 | 4a | 185 | 0 | MP | 10 | 4p | 167 | 0 | SL |
| 11 | 4a | 123 | 0 | JW | 11 | 4p | 353 PP | 4 | SL |
| 12 | 4a | 178 | 0 | JW | 12 | 4p | 385 | 4 | SL |
| 13 | 4a | 130 | 0 | SJS | 13 | 4p | 178 | 0 | SL |
| 14 | 4a | 255 | 2 | JW | 14 | 4p | 141 | 0 | SL |
| 15 | 4a | 225 | 2 | SJ | 15 | 4p | 144 | 0 | SL |
| 16 | 4a | 338 | 4 | JW | 16 | 4p | 128 | 0 | SL |
| 17 | 4a | 168 | 0 | JW | 17 | 4p | 310 | — | SB |
| 18 | 4a | 169 | 0 | SJ | 18 | 4p | 193 | 0 | SL |
| 19 | 4a | 124 | 0 | JW | 19 | 4p | 259 | 2 | SL |
| 20 | 4a | 170 | 0 | JW | 20 | 4p | 216 | 2 | SL |
| 21 | 4a | 152 | 0 | JW | 21 | 4p | 394 | 4 | SL |
| 22 | 4a | 237 | 2 | JW | 22 | 4p | 151 | 0 | SL |
| 23 | 4a | 220 | 2 | SJ | 23 | 4p | 264 | 2 | SL |
| 24 | 4a | 167 | 0 | JW | 24 | 4p | 194 | 0 | SL |
| 25 | 4a | 147 | 0 | JW | 25 | 4p | 371 | 4 | SL |
| 26 | 4a | 154 | 0 | JW | 26 | 4p | 290 | 2 | SL |
| 27 | 4a | 260 | 2 | JW | 27 | 4p | Refused | | |
| 28 | 4a | 237 | 2 | JW | 28 | 4p | 300 | 4 | SL |
| 29 | 4a | 174 | 0 | JW | 29 | 4p | 264 | 2 | SL |
| 30 | 4a | 151 | 0 | JW | 30 | 4p | 179 | 0 | SL Noted 11/1/05 |
| 31 | 4a | 183 | 0 | JW | 31 | 4p | 157 | 6 | SL |

PRISON HEALTH SERVICES, INC.

CAL-5B1