2:05-CV-1157-WKW

EXHIBIT 9
Part 1

BALCH & BINGHAM



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: JOHNSON, HERMAN | D.O.B.: 7/17/45 |

1-12-06 3:50 AM — S- "I feel okay" O- Amb to hall of HCU assisted by cane, steady gait. A&Ox3, skin W&D, resp even + unlabored. No distress noted. Denies dizziness. T-97.8  P-92  R-18  B/P 122/65  Sat 98%. A- alt health maintenance. P- Continue to monitor. —S.B.

1/12/06 7:45 — S- "Good morning." O- A&Ox3 WM. Skin w/p. Resp even + unlabored. Wt. 222½  BS 322  120/70  80  20  T 98.4. No acute distress or abd pain. ↑ ambulate c̄ cane. A- Alt. Health maintenance. P- Monitor PRN. —L. Ewing LPN

1-12-06 — D/C to pop p̄ MD's visit. Informed of pill call times & duration. —Turner R



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Johnson, Herman | D.O.B.: / / |
|---|---|---|

1-10-06 300am
S: "Morning"
O: W/M to HCU hallway for VS. Ambulates c̄ steady gait. A&Ox3. Resp even et unlabored. Skin warm et dry to touch. No c/o voiced. NAD noted. VS 132/68 - 78 - 20 - 97.6 - BS 289.
A: Alt in health maintenance
P: Continue to monitor —————— J Laurin LPN

1/10/06 8A
S: "Good Morning."
O: AOx3 w/m ↑ ambulate c̄ cane. Resp even + unlabored. Wt. 219 BS 331 130/70 P 68 R 20 T 97.8 Lungs clear ↑↓ lobes bil A/P Chest. Bowel sounds x 4 Quads abd. Soft & non-distended.
A: Alt. Health Maintenance
P: Monitor PRN. —————— L. Curin

1-10-06 @ 3:05pm
S: "I'm doing alright."
O: W/M ambulates to HCU c̄ even, steady gait. Resp even + unlabored. Skin warm + dry to touch. Abd. soft + non-distended. States last BM this AM. VS - T-97.8, P-76, R-16, BP 122/64. No acute distress noted.
A: Alt in Health Maintenance
P: Will continue to monitor —————— W Warner RN

| Date/Time | Inmate's Name: Johnson, Herman | D.O.B. |
|---|---|---|

**1-8-06 @ 4pm** S: "I'm feeling pretty good."
O: W/M ambulates to HCU hallway for VS c even, [unclear] gait. A+O x3. Resp even + unlabored. Redness noted to sclera of L outer eye. Abd soft + non-distended. BS present x 4 quads. States last BM yesterday which he states was loose. No c/o voiced. VS - T-97.8, P-72, R-20, B/p 114/70 SpO2 98% room air
A: Alt in Health Maintenance
P: Will continue to monitor — A Wambley, RN

**1-9-06 6:00am** S: "I am itching all over my back side" "I think I have scabies"
O: W/M standing in Emergency Room states he was itching, multiple SM bumps and pustules noted on buttock, [unclear] states he has not slept in days from itching. Clear B/L breath sounds. Abd soft non-distended. BS present x 4 Quadrants
A: Alt in Health Maintenance
P: Continue to Monitor in HCU — S. Baker RN

**1-9-06** T 97.8 P 78 R-20 B/p 120/74 96% — S. Baker

**1-9-06 11am** P/E Seen per MD. New orders received. Medication given per MD orders. Continue current tx — S McKinnon

**1/9/06 3:15pm** S: "I'm feeling same as yesterday"
O: W/M A+O x 3, skin W/D, lungs clear bilaterally, Abd soft, non-tender BS⊕ x4. BS 359. O2 Sat 99% @ room air. B/p 140/74 P 76 R 18 T 97.4. Denies c/o of pain or discomfort. Ø acute distress noted.
A: Alt in health maintenance.
P: Will continue to monitor — [signature]

| Date/Time | Inmate's Name: Johnson, Herman #242189     D.O.B.: 7/17/45 |
|---|---|
| | A: alteration in health maintenance |
| | P: will continue to monitor — Hamilton |
| 1/7/06 1:48 AM late entry | S: "I'm all packed ready to go" O: WM @ HCU infirmary door c̄ belongings/property asks "Is it time to go home?" Officer unlocked door and assisted pt c̄ nurse to HCU infirmary bed instructed surroundings immediately realized location "Oh, what am I doing?" no signs distress noted chest c̄ equal rise and fall respirations even and unlabored O2 Sat 98% room air encouraged rest verbalized understanding no questions asked A: alteration in mental status P: will continue to monitor — Hamilton |
| 1/7/06 1:20 AM late entry | S: "I don't know why that happened" O: WM resting quietly HCU infirmary c̄ eyes closed appears to be sleeping chest c̄ equal rise and fall respirations even and unlabored A&O x3 skin warm and dry to touch awakened easily upon hearing name no signs of distress aware pln of care encouraged continue rest verbalized understanding no questions asked A: alteration health maintenance P: will continue to monitor — Hamilton |
| 1/7/06 9:50 AM | S: "I feel good, just a little dizzy." O: AOx3 WM skin w/D Resp even & unlabored. ↑ ambulate c̄ slow steady gait. No c/o pain. Lungs clear ↑↓ lobes bil A/P chest. Abd soft & non-distended. Bowel sounds x 4 quads. Last BM today "soft & no blood" noted. A - Alt Health maintenance. P: Monitor PRN. E - Instructed pt. ↑ ambulate c̄ ast c̄ a cane. — L Curr |

| Date/Time | Inmate's Name: Johnson, Herman # 242189 | D.O.B.: 7/17/45 |
|---|---|---|

**1/5/06 3:20AM cont'd** — bowel sounds hypoactive reports BM earlier today denies pain vital signs as follows BP 126/82 T 99³ R20 P86 O2 sat 99% room air aware plan of care health education complete encouraged continued rest verbalized understanding no questions asked
A: alteration health maintenance
P: will continue to monitor — L. Hamilton

**1/5/06 9AM** — S - "Good Morning"
O - W/M sitting ↑ on side of bed A,O X3. Resp even and unlabored, skin warm + dry to touch. BP 112/80 P-82 R16 T-96⁴ BS-371 O2 Sat 100%. No complaints voiced @ this time
P - medication given as ord. To see MD this A.
Continue current plan — S. McKinney

**1/5/06 @ 4:26pm** — S: "I feel dizzy."
O: W/M ambulates to HCU c̄ even, steady gait. A+O x3. Resp even + unlabored. Skin warm + dry to touch. Redness (in error) noted to sclera of Ⓛ outer eye. VS - T-99⁴, P-80, R-18, B/P 100/76, SpO2 99% room air. 100/76 (in error) Ø acute distress noted.
A: Alteration in Health Maintenance
P: Will continue to monitor. — CWamble, RN

**1/6/06 @ 3:00AM** — S - I feel okay I'm not in pain.
O - W/M ↑ walking in HCU c̄ steady gait A+O X3 Resp even et unlabored. skin w/D to touch VS 120/70 B/P P 86 R 18 T 97.8 O2 sat @ 99% room air FSBS 243 no distress noted
A - Alteration in health maintenance — C McKinney LPN

| Date/Time | Inmate's Name: Johnson, Herman | D.O.B.: 7/17/45 |
|---|---|---|

**1-2-06 / 7:00 pm**
S: "I'm okay." Vital Signs: 152/68 P 88 T 97.6 R 17
O: W/M ambulated from infirmary into HCU, gait steady and unassisted, no acute distress noted, skin w/d to touch, resp. even and unlabored, oriented x3.
A: Alteration in health male maintenance
P: Continue c̄ current TX. —————— [signature]

**1-3-06 0345 A.M**
VS: T-97.2 P-75 R-24 B/P 144/76 Sat 100%
S: "I'm doing okay, I guess, it feels like something busted in my Ⓛ eye." O- Amb to hall c̄ steady gait. F/S performed unassisted. Redness noted in Ⓛ eye below iris on outer portion. States vision blurry at times. Lungs clear, abd firm ⊕ BS x 4 (hyperactive). Skin w/d, answers appropriately. A- alt health maintenance P- Cont. current treatment ————— [signature]

**1/3/06**
S: "Still here."
O: Pt to hallway for VS. Ambulated c̄ steady gait. BP 144/88 P 73 R 18 T 98.6 O₂ Sat 100% WT 222½ lbs FSBS 4/5. Pt has no c/o voiced. A+O x 3. Skin w/d ⊕ Good. Resp c̄ ease. Pt has reddened area noted to sclera of Ⓛ eye i outer corner. B/S +2 present & clear.
A- Alt in Health Maintenance
P- Will See MD this AM ——————— [signature]

**1/3/06 @ 5:45p**
S: "I feel O.K."
O: Ambulates to hallway for VS c̄ even, steady gait. A+O x 3. Resp even + unlabored. Skin warm + dry to touch. Bowel sounds present x 4 quadrants. Abd. soft + non-distended. Redness noted to corner of Ⓛ eye sclera. No c/o voiced. Ⓝ acute distress noted. VS- T 97.8, P-72, Resp 16, B/P 130/78. ——
A: Alt in Health maint.
P: Will continue to monitor. ———— Warner

| Date/Time | Inmate's Name: Johnson, Herman | D.O.B.: 7/17/45 |
|---|---|---|

**12-31-05 8 AM**
S - "I'm alright"
O - W/m lying supine in bed c eyes closed, aroused easily per verbal stimuli. A&O x3. Resp. even and unlabored, Skin warm & dry to touch. BP 148/78 R-20 P-80 O² sat 99% T-96⁸ Abdomen soft & nondistended
A - Health Maintenance
P - Continue current tx ———— S. McKinnon LPN

**12-31-05 7:45 p.m.** VS: T-97.4 P-81 R-20 BP 142/80 Sat 98%.
S - "I still feel weak and dizzy sometimes" O - Lying on back in bed. A&O x3, Skin wd. resp even & unlabored. Denies any pain. No distress noted P - Continue to monitor ———— S.S.

**1-1-06 3:30 A.M.** VS: T-97.8 P-80 R-20 BP 134/72 S - "I still feel dizzy, my eyes are seeing funny" O - Amb out of inf. For VS, A&O x3, Skin wd, resp even & unlabored. Lungs clear. Abd soft, slightly distended ⊕ BS x4. A - alt health maintenance P - Continue current tx ———— S.S.

**1-1-06 1030**
S - It's a New Year.
O - Awake, oriented x3 sitting on side of bed. Answers all questions appropriately. Ambulate to hallway for VS c steady gait. Voices no c/o at present. 130/80 16 88 96⁸ BS 140
A - Health maintenance
P - cont to monitor ———— [signature]



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Johnson Herman #242189    D.O.B.: 7/17/45 |
|---|---|
| 12/24/05 12:14 AM | S: "hey I'm hungry" <br> O: W/M ambulated c steady gait from HCU infirmary to main HCU. A+O x 3 skin warm and dry to touch. respirations even and unlabored chest c equal rise and fall no signs distress noted lung sounds clear bilaterally bowel sounds hypoactive reports BM earlier today, denies pain. sandwich provided at request health education complete aware plan of care encouraged rest verbalized understanding stated all questions answered vital signs as follows BP 116/64 R18 P80 T97.9 O2 sat 98% room air <br> A: alteration health maintenance <br> P: will continue to monitor ———— Hunter |
| 12/28/05 7a | S: "I didn't get anything to drink c my breakfast." <br> O: pt to hallway of HCU for VS - FSBS 171 BP 118/68 P78 R18 T98.6 O2 Sat 98%. BBS x2 present & clear. No c/o voiced. <br> A: alt in health maintenance <br> P: Breakfast Served. Will cont to monitor ———— RN |
| 12/28/05 @ 5:15 pm | S: "I'm doing alright." <br> O: W/m ambulates to hallway for VS - T-97.8, P-87, R-20, B/p 136/82, FSBS emor SpO2 98%. Resp event unlabored. A+O x 3 Skin warm + dry to touch. Abd soft and non-distended. BS present x 4. No c/o voiced. <br> A: Alt in health maintenance <br> P: Will continue to monitor ———— Warren RN |



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Johnson, Herman | D.O.B.: 7/17/45 |

**12/20/05 @ 6:30pm** S: "I'm doing better."
O: W/M ambulates to HCU hallway c̄ even, steady gait. A+O x 3 Resp even + unlabored. Skin warm + dry to touch. Abd soft + non distended. BS present x 4 quadrants. No c/o voiced. VS - T-96⁸, P-80, R-16, B/P 110/70.
A: Alt in health maintenance
P: Continue to monitor. —— CWamble, RN

**12-27-05 0315** VS: T-97.6 P-78 R-18 B/P 124/72 Sat 97%
S- "I'm doing okay" - denies pain O- lying in bed in infirmary, skin w+d, resp even unlabored A+O x3. Lungs clear, BS ⊕ x3 A- alt health maintenance P- Continue to monitor ——

**12/27/05 7:35 am** S- "I'm ready to go"
O- W/M Amb. to hallway c̄ steady gait A+O x 3 Resp c̄ ease Skin W/D - No complaints voiced NAD noted
A- Health maintenance
P- To see MD this AM —— S Busher

**12-27-05 @ 4:30pm** S: "I'm alright"
O: W/M ambulates to hallway c̄ even, steady gait. A+O x 3 Resp even + unlabored. Skin warm + dry to touch. VS- T-98⁶ P-75 R-18, B/P 122/74, SpO2 99% room air. Ø c/o voiced —— CWamble, RN
A: Alt in temp Alt in Health Maintenance
P: Continue to monitor —— CWamble, RN

60111 (5/85)   Complete Both Sides Before Using Another Sheet