2:05-CV-1157-WKW

EXHIBIT 9
Part 2

BALCH & BINGHAM



## PROGRESS NOTES

| Date/Time | Inmate's Name: Johnson, Herman | D.O.B.: 7/??/45 |
|---|---|---|

12/24/05 8:05am — S: "I feel better. My eyes are just a little blurred."

O- AOx3 wm & ambulate c̄ steady gait. Lungs clear to lobes bil A/P chest. Abd. soft & non-distended. Bowel sounds x 4 quads. BP 120/60 P 86 R 18 T 97.3 Sat 99% BS 162 Wt. 225½.

A- Alt. Health Maintenance

P- Monitor PRN. — L. Ewing LPN

12-24-2005 6:25 — I'm dry — OC

O- A&O x3 — B/P 120/70 P 70 R 16 O2 Sat 98 Voiced no complaints

A- health maintenance

P- Continue to monitor — [signature]

12-25-05 100am — S: "I'm better"

O: W/M ambulated to HCU hallway c̄ steady gait. A&Ox3. Resp even et unlabored. Skin warm et dry to touch. Abd soft, nondistended. BS x4. No c/o voiced. NAD noted. VS: 120/64 - 79 - 16 - 97.8

A: alt health maintenance

P: Continue to monitor — J. Dawh LPN

| Date/Time | Inmate's Name: Johnson, Herman | D.O.B.: 7/17/45 |
|---|---|---|

**12-23-05 8:30am** O- W/m sitting on side of bed c̄ eyes closed + head down. Resp. even and unlabored. Skin warm + dry to touch. Patient unable to follow simple commands. Disoriented to person, place and time. BP 126/60 P-80 R-20 O2 sat 99%
A- Alt Health Maintenance
P- Dr. Darbouze Paged. Notified of patient's condition. New orders received. Continue current tx ————————— S. McKinnon

**2/23/05 9a** P- Lactulose 30cc given p.o. per new order. Continue current tx ————————— S. McKinnon

**2/23/05 10a** P- Patient received Lunch Tray.

**12-23-05 8:15 p.m.** VS: T-97.4 P-84 R-20 B/p 148/70 Sat 100%
S- "I'm doing okay, you two guys in there are being mean to me and saying I'm nasty." O- Amb c̄ slow, steady gait to hall. A&O x3, follow commands. Skin warm, resp even + unlabored, no distress noted. Upon questioning, states does not remember events this a.m. A- Alt health maintenance. P- Continue to monitor ————————— S. ___

**12-24-05 0530** VS: T-97.8 P-88 R-18 B/p-132/80 S- "I feel pretty good" O- Amb to hall for VS- A&Ox3, gait slow but steady. Resp even + unlabored. B.S. +x4. States has had flatulence but ⌀ BM since has been back from hosp. A- Alt health maint. P- Continue to monitor ————————— S. E

| Date/Time | Inmate's Name: Johnson Herman | D.O.B.: 7/17/45 |
|---|---|---|

12/21/05 7AM
S: "I still haven't had a BM."
O: Pt to hallway for OS. BP 120/68 P 88 R 18 T 98.4 WT 231.
Pt A&O x 3. Skin W/D to touch. Resp. c ease. Has no c/o voiced
Pt states "Still passing a lot of gas but no BM yet"
A: Alt. in Health Maintenance
P: Will see MD this AM
                                                                    S._____

12-21-05
S – I'm OK
O – A&O x 3 – Ambulatory T 98² P88 R20 BP 142/64
A – Health Maintenance
P – Continue to monitor       _____

12-21-05  5:30 AM
S: "I'm ok"
O: WM in HCU sitting on side of bed c/o some blood on tissue when he blew his nose. Alert oriented x 3, clear b/l breath sounds, capillary refill less than 2 seconds. 157/70, 18, 90, 99% R.A.
A: Health Maintenance
P: Continue to observe in HCU                     S. Behnfield

2/22/05 7:30 AM
S – "I'm not thinking clearly"
O – W/M amb. from infirmary c steady gait. A&O x 3. Resp. even and unlabored, skin warm + dry to touch. WT-234. BP 154/82 P-86 R-20 T-96° BS-321. No complaints voiced at this time.
A – Health Maintenance
P – To see MD this AM, continue current tx
                                                                    S. McKinnon

12/22/05 7:00 pm – S: "I'm still weak" O: WM ambulated to HCU hallway A&O x 3 respirations unlabored skin w/p VS BP 112/60 P. 94 R. 18 Pulse ox 99%
                                                          continue →

| Date/Time | Inmate's Name: Johnson, Herman | D.O.B.: 7/17/45 |
|---|---|---|
| Cont. | A: Health Maintenance | |
| | P: Continue to monitor — J. Hawkins LPN | |
| 11/23/05 8:35 | S. "Good morning." | |
| | O - AOx3 WM Skin w/D Resp even unlabored. Wt. 230 140/82 78 16 T 97.1 BS 349 p eating. Sat 99% Ate 98 % lunch. No complaints voiced. ↑ Ambulate c cane. | |
| | A - Pot. alt. Health maintenance | |
| | P - monitor PRN. — R. Ewir | |
| 11-23-05 11⁰⁰ | D/C to pp p MD's visit Informed of pill call times & duration — Plunui | |

| Date/Time | Inmate's Name: | D.O.B.: |
|---|---|---|

**11-20-05 / 10:10**
S - "my (L) knee still hurts"
O - In w/c to hallway. A+Ox3 - lung sounds cl bil. Skin warm & dry to the touch. Ø edema or broken area noted to (L) knee. Able to overcome gravity c̄ all ext s̄ difficulty. (L) Patella non tender to touch c/o pain to inner aspect of (L) knee. Ø broken area or bruises noted to site. VS 110/78  16  97°  P83  O2 SAT 99%. BS 343
A - alteration in comfort    234#
P - Encourage to ambulate s̄ w/c while in Infirmary. Cont to monitor ————— P. Nurse R

**11-20-05 / 9:30pm**
S: "I'm ok"
O: A/Ox3 up in w/c during shift eating snacks resp even & unlabored Ø edema noted to (L) leg, no pain to (L) leg B/P 124/80 P76 R16 T 98
A: alt in comfort
P: Continue current treatment ————— [sig]

**11-21-05 / 3:00 a.m.**
S "My knee still hurts" O - out of infirmary in w/c - slight edema noted to both knees, Ø redness, abrasions, etc. noted. States can stand on leg, but unable to walk. Resp even & unlabored, no distress noted. A - alt comfort
P - Continue meds/monitor ————— S.S.

**11-21-05**
S: "I'm ok" O: A/Ox3 ↑ in w/c resp even & unlabored, skin w/d continue c/o pain in knee Ø open areas Ø edema noted  A: alt in comfort
P: continue current treatment ————— [sig]

| Date/Time | Inmate's Name: Johnson, Herman | D.O.B.: [illegible] 145 |
|---|---|---|

| Date/Time | Notes |
|---|---|
| 11-18-05 3:00 a.m. | S- "I still can't walk." O- to front of HCU via w/c for blood draw. A- alt comfort. P- Continue meds & monitor —S.Orr |
| 11-18-05 | S: "Good evening." O: WM A/O x3 resp even et unlabored ↑ in w/c watching TV. ⊘ ® knee pain. A: alt in comfort. P: continue to monitor —[sig] |
| 11-19-05 4:43am | S: "My knee bothers me some." O: W/M to HCU hallway for VS with use of a wheelchair. A&O x3. Resp even et unlabored. Skin warm et dry to touch. Lung sounds clear bilaterally. BS x4. ⊘ BM this shift. Mild edema noted to ® knee. Am meds given. VS: 136/70 - 80 - 16 - 98' BS 200. A: alt in comfort. P: Continue to monitor — J.Dawkins LPN |
| 11-19-05 8AM | S- "Good Morning." O- W/m to hallway j hcu via wheelchair. Ambulates to scale with assistance of nurse. A, O x3 Resp even. WT-231 BP 176/76 P-78 R-20 T-97.4. Voices no complaints j knee pain o this time. A- alt in comfort. P- UA dipstick done o this time, negative for ketones, will recheck BS in 4hrs. Hemoccult #1 done per mo orders, negative for blood. Continue current Tx —S.McKinnon |
| 9:00 9A | P- Medications given per mo orders. —S.McKinnon |