2:05-CV-1157-WKW

EXHIBIT 10

BALCH & BINGHAM

| Date/Time | Inmate's Name: | | | | | D.O.B.: 7/17/45 |
|---|---|---|---|---|---|---|
| 1/31/06 | 130/80 P 72 98° 16 225# | | | | | |
| | Fu | | | | | BS/09 |

see c.c form.
P/u ＆ meds



**PHS**
PRISON HEALTH SERVICES INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Johnson Herman | D.O.B.: 7/17/45 |

1/12/06 7:45 Wt. 222½  120/70 80 20 T 98.4 BS 322

S: I/m 60 y/o — Liver cirrhosis
Doing fine — rash much better — not itching

O: Alert, x3
Lungs: CTA          Heart: RRR
Abd: benign —       ext: ø edema

A/P/E: Liver cirrhosis, Gastritis — stable
Plan: D/c to population.
Continue current tx, f/u 2 weeks.

Addendum — Pt is informed that his case was reviewed for treatment of Hep C. And in view of his h/o liver cirrhosis and hepatic encephalopathy c/w end stage liver disease he is not qualified for interferon/ribavirin Rx. He voiced full understanding of the decision.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Johnson, Herman | D.O.B.: 7/17/45 |

1-9-06   T 97.8  P 74  R 20  B/p 120/74  96%
Wt.        BS

S: P/o 60 y/o - liver cirrhosis w/ Hepatic Encephalopathy
Pt. is more alert and oriented today. He is c/o
having something crawling over his back side,
a bug.

O: VAS, x>>
   Lungs: CTA         Heart: RRR
   Abd: non tender, no ascites,
   Ext: No edema
   Neuro: no deficit
   Skin: erythematous papules, nodules, and excoriations
   over the lower back and gluteal area.

A/P: Hepatic Encephalopathy resolving
     Dermatitis / scabies
     Rx: Permethrin kit
     (Retreat PRN) Continue Lactulose 45cc QID
     Bactrim + Rifampin BID x 7 days then —
     QD x 14 days

Case 2:05-cv-01157-WKW-VPM   Document 26-14   Filed 03/24/2006   Page 5 of 12



**PHS**
PRISON HEALTH SERVICES INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Johnson, Herman | D.O.B.: 7/17/45 |
|---|---|---|

1-5-06 /p  WT    BP 112/80  P 82    R 16  T 96.9
       Inf. BS-271

S: P/u 60 ido ol liver cirrhosis.

O: A.o to self/place not fully oriented to time
   R/O, [illegible]
   Lungs: clear, [illegible]
   Heart: no murmurs
   Ext: no pit edema
   Neuro: No focal deficit

A/P: Liver Cirrhosis, DM II, [illegible]
     [illegible] cont. prev
     ↑ Lactulose to 30 y TID

[signature]



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: JOHNSON HERMAN | D.O.B.: 7/7/45 |
|---|---|---|

1/4/06
12:50 PM

s/p 80 cu - liver cirrhosis
- Anemia 2° to ...
Still c/o being weak, drowsy. Appr QD

O- NAD. BP: 118/78 P: 80 T: 98° R: 18
HEENT: Bunan, Auckia.
Lung: ...  ...
Abd: ... - ∅ tender → 9.6 ⟨ 81 / 115
Ext: No edema.
Neuro: ∓ Tremors    134 | 8   ⟨ 194   PLT: 30
                    4.2 | 0.8
                    Bili: 0.7  Prot: 7/3.5

A/P Liver cirrhosis, Anemia, HvD..
Plan - continue current Rx.
- Dr ...; CBC -
- F/u 4th Mental Health - to another Institution

| Date/Time | Inmate's Name: Johnson, Horne | D.O.B. 7/17/45 |
|---|---|---|
| 3/06 7:30 AM | INF FSBS 475 B/p 144/88 P73 R18 T98⁴ WT 222½ lbs. | |

S   P/u 60 x M – liver cirrhosis, DM II, Anemia 2° to UGI
    Bleeding – doing fine. Admit drowsiness. Last
    BM 2 wz Ago – regular.

O – Alert, Y&O         HEENT: grossly within normal limits
                             w/ conjunctiva.
    Lungs CTA          Heart: RRR
    Abd: no ascites, no tenderness
    Ext: Ø edema.
    Venous: Noted Ø fine Tremors

    $\}\frac{9.6}{29.7}\}\frac{81}{115}\quad\frac{134}{4.8}\}\frac{8}{0.8}\}134\quad INR: 1.1$

A/P  Liver Cirrhosis, DM II, Anemia 2° to UGI Bleeding
     - ↑ Insulin 70/30 to 46 AM 24 PM
     - continue other meds
     - F/u with MD in 2 weeks because of drowsiness

| Date/Time | Inmate's Name: | D.O.B.: 7/17/45 |
|---|---|---|
| 12-27-05 2:53 PM | | |

Infirmary   BS3/8

B/P - 140/68   P - 85   R - 16   T 96.8

weight = 230

S: 60 y/o w/m with liver cirrhosis, UGI bleeding who had episode of confusion and agitation on 12/27/05 that has improved with oral lactulose - Today he is alert and oriented with no complaints.

O: NAD, VSS
Heart: Regular, no murmur
Lung: CTA       Heart: RRR
Abd: wl obese, soft, non-tender
Ext: No edema
Skin: dry
Neuro: alert, oriented, no tremor

A/P: Hepatic encephalopathy - resolving with lactulose
PUD, when scopes?
- continue current tx
- labs in AM

| Date/Time | Inmate's Name: | D.O.B.:  /  / |
|---|---|---|

12/7/05  Wt 236  B/P-130/82  P-96  R 16  T 96.9
BS-413 — CCC — F/U

60 w.m. — DM II resistant to [illegible] — c/o
Nausea 2° to [illegible] — tolerated Glucophage well

O: Na⁺ [illegible]
  [illegible]: LFT        H[illegible]: nl
  Abd.: [illegible]
  Ext: + 2 pitting edema.
  Prot: 7.7/3.9   Tot. Bil.: 1.1    .35/14/203
                                    4.1/0.9

A/P  Uncontrolled DM [illegible], however [illegible] with stasis edema
     of the L ext.
     PL — Glucophage 2×day [illegible] see them if any ↑ [illegible]
       · Lasix 40 mg ℞ bid × 7 + Aldactone
       — [illegible] Home,  Boots
       — [illegible] next week, labs before appt

12/20/05  11:10  Wt 234  BP 140/80  P 88  R 20  T 97.1  BS 314
Rec'd back hospital Troy Regional.
60 w.m. Post op from Troy regional Hosp A+O×3 ⊖ [illegible]
states feels weak this AM. Discharge report on
chart c̄ med orders noted. Will hold in
infirmary till reported strength better for at least
24°. con't all meds as directed, f/u c mo
as scheduled                              Taylor —

| Date/Time | Inmate's Name: Johnson, Herman | D.O.B.: 7/17/45 |
|---|---|---|

11-21-05 — WT-238 BP 130/70 P 66 R 18 T 97.6
Infirmary BS-314

S: c/o injury L knee, stasis edema lower ext, anemia 2° to GI bleeding — c/o pain L knee with weight bearing

O: NAD, VSS
    HEENT: PERRLA, anicteric. No JVD/bruit.
    Lungs: CTA    HEART: RRR
    Abd: benign    Ext: + trace of edema, L>R
    Neuro: A&O x3, cn's intact
    straight full ROM, + mild tremor

11/19/05: 3.9 ) 8.6 ( 76 / 26 / 129    134 / 3.7 / 9 / 0.9 ( 234    Prot: 7.3 / 2.5    ALT: 33
    tot bili: 0.8

A/P: Injury L knee, stasis edema at L lower ext resolved, anemia improved slightly, DM II/vascular resistance
    R: - continue Lasix 80mg PO BID, continue Aldactone 50mg BID
    - start Ceftriaxone 825mg BID.
    - ↓ Humulin 70/30 to 20 AM and 10 PM

11/21/05 — INF. B/P 118/80 P 80 R 18 T 97.4 FSBS 394

S: c/o tremors that he relates to Elavil

O: NAD, VSS
    Lungs: CTA    HEART: nml
    Neuro: intact x for floppy tremor.
    ROM L knee: + DJD.

A/P: Anemia, DJD, DM II
    R: - D/C Methadone and Elavil
    - Humulin + SSI
    - walking cane

| Date/Time | Inmate's Name: Johnson Herman | D.O.B.: 4/17/45 |
|---|---|---|
| 11/17/05 7:30 | BS 237 BP 120/70 P 90 R 18 T 98.8 Sat 99% | |

Inf.

S: P/w 60 y/o who was kept in the Infirmary because of edema of his lower ext. and difficulty to turn in knees. He admits rectal bleeding bright red blood 3 weeks ago. Denies weakness, dizziness, palpitation. He did not seek any evaluation/dx. Denies taking any NSAIDs otc.

O: NAD, x5 P: 90 BP: 120/70
HEENT: PERRLA, Anicteric
Lung: CTA    HEART: RRR
Abd.: obese, nl BS, no mass/organomegaly - no ascites,
Ext.: +2 pitting edema —
Skin: dry with excoriation

INR: 1.1

134 | 8 | 178   Prot: 6.6
3.7 | 0.7          2.6
3.3 > 8 ( 75
     24   106

A/P: Anemia 2° to rectal bleeding —
liver cirrhosis, stasis edema of L ext / S Osmotic pressure
Rx: Start Edex tx, FeSO4 - Hold ASA
Stool, Guaiac
Zantac tabs & Maalox / Meals
lab in AM



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Johnson, Herman | D.O.B.: 7/17/45 |
|---|---|---|
| 10/14/05 8:30am | Wt 215  BP 148/78  P 76  S/C | R 16  T 98.9  BS 253 |

S: 60 y/o — h/o liver cirrhosis, DM II, old CVA, D/D to multiple joints — is requesting for profiles.

O: NAD, ↓↓↓
 Lungs: CTA
 Heart: 2 mm
 Abd: benign — ∅ Ascites
 Ext: ∅ edema
 Skin: wnl   Neuro: intact

9/12/05
Hgb/Hct: 5.9
Plt: 1.6/2.9
Tot Bili: 1.6   INR: 1.2
138 | 10  (129
4.1 | 0.9

CBC: 4.7; Hgb: 4.1

A: Liver cirrhosis, old CVA, D/D, DM II — stable

P: - Profiles granted
   - Continue current Rx