# 2:05-CV-1157-WKW

# EXHIBIT 11
# Part 1

# BALCH & BINGHAM



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Johnson Herman

D.O.B. 7/17/45

ALLERGIES: NKDA

Use Fourth Date 1/31/06

DIAGNOSIS (If Chg'd) DM II

↓ Insulin 70/30 to 40 units @AM / 20 units @PM x 90 days

F/u 2 weeks

DP III, HgbA1c.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

1/31/06

---

NAME: Johnson Herman 242189

D.O.B. 7/17/45

ALLERGIES: NKDA

Use Third Date 1/31/06

DIAGNOSIS (If Chg'd)

D/C Motrin

No Motrin, Naprosyn, Indocin or Feldene

~~Tercogesic ii PO TID PRN x 5 days~~ error

Tylenol BID PRN x 7 days then

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

Noted 1/31/06

---

NAME: Johnson, Herman

D.O.B. 7/17/1945

ALLERGIES: NKDA

Use Second Date 1/19/2006

DIAGNOSIS (If Chg'd)

-Motrin 200mg ii tabs PO BID X 5days

VO Dr Darbouze / G. Chey TRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

Noted 1/19/2006 G. Chey

1/23/06

---

NAME: Johnson Herman 242189

D.O.B. 7/17/45

ALLERGIES: NKDA

Use First Date 1/18/05

DIAGNOSIS Liver Cirrhosis

DC to population

F/u 2 weeks

☑ GENERIC SUBSTITUTION IS NOT PERMITTED



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Johnson Herman<br>D.O.B. 7/17/45<br>ALLERGIES: NKDA<br>Noted Jmckinnon 1-11-06<br>Use Last Date 1/11/06 | DIAGNOSIS (If Chg'd) DM II<br>↑ Insulin 70/30 to 50 units QAM 28 units QPM x 90 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson Herman<br>D.O.B. 7/17/45<br>ALLERGIES: NKDA<br>Noted Jmckinnon 1-11-06<br>Use Fourth Date 1/11/06 | DIAGNOSIS (If Chg'd) Liver Cirrhosis<br>Δ Lactulose to 45cc Po TID x 90 days<br>~~to start on 1/12/06~~<br>~~↑ Insulin 70/30 to 44 units QAM 24 units QPM x 90 days~~ error<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson Herman<br>D.O.B. 7/17/45<br>ALLERGIES: NKDA<br>Noted Jmckinnon 1-11-06<br>Use Third Date 1/11/05 | DIAGNOSIS (If Chg'd) UGI Bleeding<br>Dc Propranolol on 1/12/06<br>f/u 2 weeks<br>CBC before appt<br>~~Lay in profile x 6 months~~ duplicate<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson Herman<br>D.O.B. 7/17/45<br>ALLERGIES: NKDA<br>noted SB 1/10/06<br>Use Second Date 1/10/06 | DIAGNOSIS (If Chg'd)<br>Please allow Inmate to walk outside x2-3/day<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson Herman<br>D.O.B. 7/17/45<br>ALLERGIES: NKDA<br>noted PM 1-9-06<br>Use First Date 1/9/06 | DIAGNOSIS Dermatitis<br>Permethrin Rx as directed<br>Bactrim DS i Po BID x 7 days then QD x 14 days<br>Rifampin 300mg BID x 7 days then QD x 14 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Johnson, Herman 242189<br>D.O.B. 7/7/45<br>ALLERGIES: NKDA<br>Use Last Date 1/6/06<br>noted [illegible] 1/6/06 | DIAGNOSIS (If Chg'd)<br>↑ lactulose to 45CC QID<br>V/O Dr Darbouze / [illegible] RMA<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson Herman<br>D.O.B. 7/7/45<br>ALLERGIES: NKDA<br>Use Fourth Date 1/6/06<br>noted 1/6/06 | DIAGNOSIS (If Chg'd)<br>DPI (today - not fasting)<br>Ammonia level<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson Herman<br>D.O.B. 7/7/45<br>ALLERGIES: NKDA<br>Use Third Date 1/5/06<br>Noted J McKinn 1/5/06 | DIAGNOSIS (If Chg'd)<br>↑ Lactulose to 30 mg Po QID x 90 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: JOHNSON, HERMAN 242189<br>D.O.B. 7/7/45<br>ALLERGIES: NKDA<br>Use Second Date 1/4/06<br>noted 1/4/06 R Flowers LPN | DIAGNOSIS (If Chg'd) Depressive D/O NOS (IN partial remission)<br>D/C Pamelor (Im refusing)<br>S Banerjee, MD<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson Herman 242189<br>D.O.B. 7/7/45<br>ALLERGIES: NKDA<br>Use First Date 1/4/06<br>130 noted L. Lewis 1/4/06 | DIAGNOSIS<br>DC Glucophage<br>CBC<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

(4/03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME: Johnson Herman #242189
D.O.B. 7/7/45
ALLERGIES: NKDA
Use Last Date 1/3/06

DIAGNOSIS (If Chg'd) Anemia, GI Bleeding, Liver Cirrhosis

FeSO4 325 mg i po TID x 90 days
Lactulose 30cc po TID x 90 days
↑ Insulin 70/30 to 46 units @ AM / 24 units @ PM x 90 days

1-3-06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Johnson Herman
D.O.B. 7/7/45
ALLERGIES: NKDA
Use Fourth Date 12/29/05

DIAGNOSIS (If Chg'd) Gastritis, Liver Cirrhosis

Walking cane, no prolonged standing/walking, bay m, bottom bunk, release from work x 6 months

Noted 12/29/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Johnson Herman
D.O.B. 7/7/45
ALLERGIES: NKDA
Use Third Date 12/29/05

DIAGNOSIS (If Chg'd) Liver Cirrhosis, Gastritis

Δ FeSO4 to 325 mg i po BID x 90 days
Δ Lactulose to 45 ml po BID x 90 days
DC to population
f/u next week

Noted 12/29/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Johnson Herman #242189
D.O.B. 7/7/45
ALLERGIES: NKDA
Use Second Date 12/27/05

DIAGNOSIS (If Chg'd) Hepatic encephalopathy, Liver Cirrhosis

Lactulose 30cc po TID x 90 days
PT in AM with the DR III

Noted SB 12/27/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Johnson, Herman 242189
D.O.B. 7/17/45
ALLERGIES: NKA
Use First Date 12/25/05

DIAGNOSIS

Lactulose 30cc p.o. tid until seen by M.D. 12/27/05

VO Dr. Darbouze / L. Ewing LPN

noted L. Ewing 12/25

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

12/27/05

MEDICAL RECORDS COPY

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME: Johnson, HERman 142189
D.O.B. 7/17/45
ALLERGIES: NKA
Use Last Date 12/24/05
Noted R. Ewing 12/24/05

DIAGNOSIS (If Chg'd) D/C KCL

V/O Dr. Darbouze / R. Ewing LPN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED 12/27/05

NAME: Johnson, Herman 242189
D.O.B. 7/17/45
ALLERGIES: NKA
Use Fourth Date 12/23/05
Noted J. McKinnon 12/23/05 9:30

DIAGNOSIS (If Chg'd)

Lactulose 30cc Q.I.D x 3 days

V.O Dr. Darbouze / J. McKinnon LPN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED 12/27/05

NAME: Johnson Herman
D.O.B. 7/17/45
ALLERGIES: NKDA
Use Third Date 12/22/05
Noted 12/22/05 M. Pauper RN 12pm

DIAGNOSIS (If Chg'd) UGI

LTM i po BID PRN x 3 days
Sudafed i po BID PRN x 3 days (30 mg)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Johnson Herman 242189
D.O.B. 7/17/45
ALLERGIES: NKDA
Use Second Date 12/22/05

DIAGNOSIS (If Chg'd) UGI Bleeding, Liver Cirrhosis

Tenormin 12.5 mg i po QD x 90 days
Mycolog oint BID x 30 days KOP
Lactulose 30cc po QD x 90 days (not PRN)
DP III instead of CBC

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Johnson Herman
D.O.B. 7/17/45
ALLERGIES: NKDA
Use First Date 12/21/05
Noted 12/21/05

DIAGNOSIS UGI Bleeding, Liver Cirrhosis

Zantac 150 mg i po BID x 7 days
Request for Discharge Summary from Troy Regional Hospital
CBC in AM

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Johnson Herman<br>D.O.B. 7/17/45<br>ALLERGIES: NKDA<br>noted 12/21/05<br>Use Last Date 12/21/05 | DIAGNOSIS (If Chg'd)<br>Maalox 30cc Po TID/Meals x 7 days<br>DP III next week<br>Dc previous order for DP II, CBC in 7 days<br>Hold in the Infirmary<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson Herman<br>142189 noted L. Ewin 12/20/05<br>D.O.B. 7/17/45<br>ALLERGIES: NKDA<br>Use Fourth Date 12/20/05 | DIAGNOSIS (If Chg'd) Hypc DM<br>Prilosec 20mg T po qd x 90 days<br>Start KCl 10meq T po qd x 1 month<br>return to infirmary for 23° observation<br>CBC DP II in 7 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson Herman<br>D.O.B. 7/17/45<br>ALLERGIES: NKDA<br>noted 12/15/05 830am<br>Use Third Date 12/15/05 | DIAGNOSIS (If Chg'd) DM II<br>HgbA1c with the DP III requested on 12/7/05<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson Herman<br>D.O.B. 7/17/45<br>ALLERGIES: NKDA<br>Use Second Date 12/7/05 | DIAGNOSIS (If Chg'd)<br>DP III before appt ~~next week~~ in 2 weeks<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson Herman<br>D.O.B. 7/17/45<br>ALLERGIES: NKDA<br>noted 12/7/05<br>Use First Date 12/7/05 | DIAGNOSIS DM II<br>Please Give 1 pair of boots<br>Insole 1 pair to keep<br>F/u ~~next week~~ 2 weeks<br>TED Hose @AM off @HS x 180 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)

MEDICAL RECORDS COPY