2:05-CV-1157-WKW

EXHIBIT 11
Part 2

BALCH & BINGHAM



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: Johnson Herman #242189 | DIAGNOSIS (If Chg'd) DM II, Liver cirrhosis |
|---|---|
| D.O.B. 7/17/45<br>ALLERGIES: NKDA | - Glucophage 850mg to Now then<br>ii Po QAM and i Po QPM x 90 days<br>- Lasix 40mg i Po BID x 90 days<br>noted SB 12/7 |
| Use Last  Date 12/7/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Johnson, Herman 242189 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 7/17/45<br>ALLERGIES: NKDA | Sliding Scale – Regular<br>201-300  2u<br>301-400  4u<br>401-500  6u<br>>501  8u call MD x1000 |
| Use Fourth  Date 12/1/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  Dauboze/SB |

| NAME: Johnson Herman | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 7/17/45<br>ALLERGIES: NKDA<br>noted SB 11/29/05 | Influenza 0.5ml IM<br><br>V/o Dr. Dauboze / S Bushyar |
| Use Third  Date 11/29/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  faxed cove 11/29/05 |

| NAME: Johnson Herman #242189 | DIAGNOSIS (If Chg'd) Liver cirrhosis, Anemia? |
|---|---|
| D.O.B. 7/17/45<br>ALLERGIES: NKDA | DC Colace<br>DC Dulcolax<br>Lactulose 30cc Po QD prn constipation<br>x 90 days |
| Use Second  Date 11/23/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Johnson Herman #242189 | DIAGNOSIS Liver cirrhosis, Anemia |
|---|---|
| D.O.B. 7/17/45<br>ALLERGIES: NKDA | DC to Population<br>F/u 2 weeks<br>DP II before appt<br>Ben-gay to L knee BID prn x 14 days |
| Use First  Date 11/23/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)  MEDICAL RECORDS COPY



**PHS PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

**NAME:** Johnson Herman
**D.O.B.** 1/17/45
**ALLERGIES:** NKDA
Use Last **Date** 11/22/05

**DIAGNOSIS (If Chg'd):** DM II, Anemia
- ↑ Insulin 70/30 to 40 units Q AM (x 90 day)
  20 units Q PM
- DP III instead of chem 7 on 11/23/05

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**NAME:** Johnson Herman
**D.O.B.** 11/17/45
**ALLERGIES:** NKDA
Use Fourth **Date** 11/22/05

**DIAGNOSIS (If Chg'd):** DD, DM II, Anemia
- Walking cane x 6 months
- DC Wheelchair
- DC Glucotrol and Glucophage

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**NAME:** Johnson Herman
**D.O.B.** 7/17/45
**ALLERGIES:** NKDA
Use Third **Date** 11/21/05

**DIAGNOSIS (If Chg'd):** Stasis edema
- ↓ Lasix to 40 mg 1 Po BID x 90 days  ERROR
- chem 7 on 11/23/05

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**NAME:** Johnson Herman
#242189
**D.O.B.** 7/17/45
**ALLERGIES:** NKDA
Use Second **Date** 11/21/05

**DIAGNOSIS (If Chg'd):** DM II
- ↓ Insulin 70/30 to 20 units Q AM x 90 days
  10 units Q PM
- Glucotrol 10 mg 1 Po BID x 90 days
- Glucophage 850 mg 1 Po BID x 90 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**NAME:** Johnson, Herman
242189
**D.O.B.** 7/17/45
**ALLERGIES:** NKA
Use First **Date** 11/19/05

Noted SMcKinno 11-19-

**DIAGNOSIS:**
Sliding Scale t.i.d. While in infirmary x 1 week

V.S.P.r. Darbouze / SMcKinno

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

60110 (4/03)



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: Johnson Herman #242189 | DIAGNOSIS (If Chg'd) Liver Cirrhosis, Anemia |
|---|---|
| D.O.B. 7/17/45 ALLERGIES: NKDA  *noted 11/17/05 M Raynell 1050am* | - Stool Guaiac QD x 3 days ✓<br>- DP III IM AM ✓<br>- Zantac 150 mg i po BID x 90 days<br>- Maalox 30cc po TID/meals x 14 days |
| Use Last  Date 1/17/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson Herman #242189 | DIAGNOSIS (If Chg'd) Liver Cirrhosis, Anemia |
| D.O.B. 7/17/45 ALLERGIES: NKDA | - DC ASA ✓<br>- Folic ac 1 mg i po QD x 90 days<br>- FeSO4 325 mg i po TID x 90 days<br>- May ambulate with wheelchair |
| Use Fourth  Date 1/17/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson Herman 242189  *noted L. ____* | DIAGNOSIS (If Chg'd) Injury L knee |
| D.O.B. 1/17/45 ALLERGIES: NKDA | - X Ray L knee<br>- Bengay for joint pain BID PRN x 5 days |
| Use Third  Date 1/17/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson Herman 242189 | DIAGNOSIS (If Chg'd) Liver cirrhosis |
| D.O.B. 7/17/45 ALLERGIES: NKDA | - DP III, PT<br>- Lasix 80 mg i po BID x 7 days<br>- Hold in the Infirmary<br>- MVI i po QD x 90 days |
| Use Second  Date 11/16/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: JOHNSON, HERMAN 242189  *noted 11/16/05 R Flowers LPN* | DIAGNOSIS Depression D/O NOS |
| D.O.B. 7/17/45 ALLERGIES: NKDA | Δ Pamelor 75 mg po q 3:00 PM till 1/12/06<br>SBanerjee, MD |
| Use First  Date 11/16/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)                                MEDICAL RECORDS COPY



**PHS PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: Johnson Herman | DIAGNOSIS (If Chg'd) Constipation, hx of cirrhosis, HTN |
|---|---|
| D.O.B. 7/17/45 ALLERGIES: NKDA | Noted 11/18/05 — Daily weight — Magnesium citrate 1 bottle Now — Colace 100 mg 1 po QD x 14 days — Dulcolax 10 mg po QD PRN x 14 days |
| Use Last   Date 11/18/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Johnson Herman | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 7/17/45 ALLERGIES: NKDA | Noted SMC/Gamache 11-10-05 — Need corrective eyeglasses — see order from 1/27/05 Kilby C-F by Dr Bradford |
| Use Fourth  Date 11/10/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Johnson Herman 242184 | DIAGNOSIS (If Chg'd) Insulin 70/30  40u qAM, 15u qPM x 90d  Darbouze |
|---|---|
| D.O.B. 7/17/45 ALLERGIES: NKDA | Noted 11/4/05 |
| Use Third  Date 11/1/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  11/4/05 |

| NAME: Johnson, Herman 242184 | DIAGNOSIS (If Chg'd) ECASA 81 mg 1 po qd x 90 days |
|---|---|
| D.O.B. 7/17/45 ALLERGIES: NKA | |
| Use Second  Date 10/30/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED  vo Dr Darbouze  10/31/05 |

| NAME: Johnson Herman | DIAGNOSIS |
|---|---|
| D.O.B. 7/17/45 ALLERGIES: NKDA | Need corrective eyeglasses |
| Use First  Date 10/12/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

**MEDICAL RECORDS COPY**

60110 (4/03)



**PHS PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / ALLERGIES: | |
| Use Last  Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson, Herman 242189 noted 10/14/05 R Flowers LPN D.O.B. 7/17/45 ALLERGIES: NKDA | DIAGNOSIS (If Chg'd) D/C Colace V.O. Dr. Banerjee / R Flowers LPN  S Banerjee, M.D. |
| Use Fourth  Date 10/14/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson Herman # 242189 noted 10/14/05 M Dauphere 10:00am D.O.B. 7/17/45 ALLERGIES: NKDA | DIAGNOSIS (If Chg'd) CVA, D/D multiple joints, low backache — Bottom bunk, no prolonged standing, no PT, release from work, no heavy lifting profile x 6 Months |
| Use Third  Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: JOHNSON, HERMAN 242189 noted 10/12/05 R Flowers LPN D.O.B. 7/17/45 ALLERGIES: NKDA | DIAGNOSIS (If Chg'd) Depression D/O NOS Pamelor 75 mg. po qhs x 90 days  S Banerjee, MD |
| Use Second  Date 10/12/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson Herman D.O.B. 7/17/45 ALLERGIES: NKDA | DIAGNOSIS low backache, DM II, CVA Bottom bunk profile x 6 Mth, DP II, PT |
| Use First  Date 10/3/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)

**MHM Correctional Services, Inc.**



## PHYSICIANS' ORDERS

| NAME: Johnson Herman 242-189 | DIAGNOSIS (If Chg'd) Sliding Scale Humulin R insulin for BS 201-300 2u Humulin R 301-400 4u Humulin R 401-500 6u Humulin R ×90d 501-? 8u Humulin R V.O. Dr Darbon/ |
|---|---|
| D.O.B.: 2/17/45 | |
| ALLERGIES: NKDA   noted | |
| Use Last   Date: 9/30/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson, Herman 242189 | DIAGNOSIS (If Chg'd) DEP. DIS. NOS.   10/3/05 |
| D.O.B.: 2/17/45 | ↑ Pamelor to 75mg qHS × 30 days |
| ALLERGIES: NKA   noted D.Bruce LPN | |
| Use Fourth   Date: 9/27/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: JOHNSON, HERMAN 242189 | DIAGNOSIS (If Chg'd) EVALUATE MACULAR SCAR OD @ RETINA & VITREOUS ASSOCIATES |
| D.O.B.: 7/17/45   noted 9/23/05 17:50 | |
| ALLERGIES: NKA | |
| Use Third   Date: 9/23/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson, Herman #242189 | DIAGNOSIS (If Chg'd) ⊕ Renew Pamelor 50mg, aug. HS × 60 d. |
| D.O.B.: 7/17/45   noted 9/30/05 M 152 | |
| ALLERGIES: NKA | |
| Use Second   Date: 9/22/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Johnson, Herman 242189 | DIAGNOSIS DEP. DIS. NOS. |
| D.O.B.: 2/17/45 | CELEXA 20mg Q AM × 30 days. Pamelor 50mg Q HS × 30 days |
| ALLERGIES: NKA | |
| Use First   Date: 9/12/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

WHITE – MEDICAL RECORDS COPY    CANARY – PHARMACY COPY

24019   BRIGGS, Des Moines, IA 50306   (800) 247-2343   PRINTED IN U.S.A.