# 2:05-CV-1157-WKW

# EXHIBIT 12

# BALCH & BINGHAM



**PRISON HEALTH SERVICES INCORPORATED**

## MONOFILAMENT TESTING FOR DIABETICS

| Fill in the following blanks with a "Y" or "N" to indicate findings | RIGHT | LEFT |
|---|---|---|
| Is there a foot ulcer now? | no | no |
| Is there a history of foot ulcer? | | |
| Is there an abnormal shape of the foot? | | |
| Is there a toe deformity? | | |
| Are the toenails thick or ingrown? | yes | yes |
| Is there callus buildup? | yes | yes |
| Is there swelling? | slight | slight |
| Is there elevated skin temperature? | no | no |
| Is there muscle weakness? | no | no |
| Can the inmate see the bottom of feet? | no | no |
| Is the inmate wearing improperly fitting shoes? | no | no |
| Does the inmate use footwear appropriate? | yes | yes |
| Pulses?    DP/PT | (+) weak | (+) weak |

Note the level of sensation in the circles:  (+) → Can feel the 5.07 filament  (-) → Can't feel the 5.07 filament



RIGHT          LEFT          dry skin

callous

Skin Conditions on the Foot or Between the Toes:

Draw in: Callous ▦, Pre-ulcer ▦, Ulcer ■ (note length and width in cm)
Label with: **R** - Redness, **M** - Maceration, **D** - Dryness, **T** – Tinea

**Risk Category:**

| ✓ | 0 | No loss of protective sensation. |
| | 1 | Loss of protective sensation |
| | 2 | Loss of protective sensation with either high pressure (callous/deformity), or poor circulation. |
| | 3 | History of plantar ulceration, neuropathic fracture (Charcot foot) or amputation. |

Education done about _Check feet daily_     Education Received _____

| Name | AIS NO | Date | By |
|---|---|---|---|
| Johnson Herman | 242189 | 12/7/05 | SBushur |

# 2:05-CV-1157-WKW

# EXHIBIT 13

# BALCH & BINGHAM



**PHS**
PRISON HEALTH SERVICES INCORPORATED

## DEPARTMENT OF CORRECTIONS

### RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, __Herman Johnson__ _____
   (Print Name)                                (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint
( ) Eyeglasses
( ) Dentures
( ) Prothesis      describe __Insoles + 1 pair ted hose__
( ) Wheelchair
( ) Cane
( ) Crutches
( ) Other          describe _____

I acknowledge that the equipment/appliance is functional for my use.
I also acknowledge the equipment/appliance is in good working condition.

__Herman Johnson__ (Inmate)          __12/7/05__ (Date)

__SBushupu__ (Witness)               __12/7/05__ (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Johnson Herman | 242189 | | W/M | ECF |

PHS-MD-70005          (White – Medical File, Yellow – Security Property Officer)

# 2:05-CV-1157-WKW

# EXHIBIT 14

# BALCH & BINGHAM

| Patient Name: | Johnson Herman | Inmate Number: | 242189 |
|---|---|---|---|
| Service Authorized: | Office Visit Opthamology | Effective Dates: | November 1, 2005 |
| Responsible Facility: | Easterling Cor. Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 1546560 | Telephone Number: | (334) 395-5973 Ext. 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

For Payment Please Submit Claims To:

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

Dr. Fortin
Nov 9-05
2 30

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

Macular Degeneration Both eyes; mac. scar OD - Non operative. No Diabetic Retinopathy. Cataracts Both eyes - No Surg. needed. Patient needs optical correction - please make arrangements to see optometrist for glasses. Needs follow-up here every 12 mos.

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Signature of Consulting Physician: _____ Date: 11-9-05  Time: 8:20AM

Reviewed and Signed By Medical Director: _____ Date: 11/10/05  Time: _____

09/15/2004

# 2:05-CV-1157-WKW

# EXHIBIT 15

# BALCH & BINGHAM

**PRISON HEALTH SERVICES INCORPORATED**

## DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, **Herman Johnson**    6882           **242189**
   (Print Name)                          (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint
(X) Eyeglasses
( ) Dentures
( ) Prothesis    describe _____
( ) Wheelchair
( ) Cane
( ) Crutches
( ) Other    describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

X _Herman Johnson_____    _____
   (Inmate)                                     (Date)

_____         _____
   (Witness)                                    (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Johnson, Herman | 242189 |  | WM | East |

PHS-MD-70005    (White – Medical File, Yellow – Security Property Officer)

# 2:05-CV-1157-WKW

# EXHIBIT 16

# BALCH & BINGHAM



**PHS**
PRISON HEALTH SERVICES INCORPORATED

## DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, Johnson Herman                              #24189
   (Print Name)                                (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint
( ) Eyeglasses
( ) Dentures
( ) Prothesis      describe _____
( ) Wheelchair
(X) Cane
( ) Crutches
(X) Other          describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_____        _____
(Inmate)                                (Date)

_____   11-22-05
(Witness)                          (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Johnson Herman | | | W/m | East |

PHS-MD-70005          (White – Medical File, Yellow – Security Property Officer)