2:05-CV-1157-WKW

EXHIBIT 17

BALCH & BINGHAM



**PHS**
PRISON HEALTH SERVICES INCORPORATED

## DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, __HERMAN Johnson__ __242181__
   (Print Name)                              (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint
( ) Eyeglasses
( ) Dentures
( ) Prothesis    describe __Walking X 6 40__
( ) Wheelchair
(X) Cane
( ) Crutches
( ) Other        describe _____

I acknowledge that the equipment/appliance is functional for my use.
I also acknowledge the equipment/appliance is in good working condition.

_____ (Inmate)   Date: 12-29-05
_____ (Witness)  Date: 12-29-05

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Johnson - Herman | 242189 | 7-17-40 | U/M | Easterling |

PHS-MD-70005     (White – Medical File, Yellow – Security Property Officer)

# 2:05-CV-1157-WKW

# EXHIBIT 18

# BALCH & BINGHAM



**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY: ECF |  |
|---|---|---|---|
| 12/17/05 | 6:00 PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☑ EMERGENCY ☐ OUTPATIENT |

**ALLERGIES:** NKDA

**CONDITION ON ADMISSION:** ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 97⁸ (ORAL) / RECTAL   RESP. 18   PULSE 111   B/P 120/92   RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS:**

S: "I have been sick all day vomitting light green stuff all day, I could not come get my medicine"

O: WM called to HCU per NSG staff b/c pt missed ~~Diabetic pill call~~ *error* his regular dose of scheduled insulin pt was brought being carried by 3 other inmates pt c/o being weak and vomitting "light green stuff" all day

**PHYSICAL EXAMINATION:**

pt went to the bathroom in HCU b/c he felt nauseated pt was noted throwing up red fluid c̄ clots in toilet he vomitting x2 more in bucket continuing c̄ red to dark fluid c̄ clots pt stated last BM was 12-17-05 x2 c/o tender Abd

**ABRASION** ///   **CONTUSION** #   **BURN** xx/xx   **FRACTURE** Z/Z   **LACERATION/_____SUTURES**

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**ORDERS / MEDICATIONS / IV FLUIDS** | TIME | BY
P: Notify Dr Darbouze @ 6:20 PM ordered to send to Troy ER via ambulance
IV started to (L) arm c̄ LR @ 500cc/hr as ordered per Dr Darbouze
O₂ @ 2L NTC

**DIAGNOSIS:**

**INSTRUCTIONS TO PATIENT:**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | ☐ DOC ☑ AMBULANCE | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 12/17/05 | 7:35 PM | | | ☐ SATISFACTORY ☑ POOR ☐ FAIR ☐ CRITICAL |

**NURSE'S SIGNATURE:** Darcia   **DATE:** 12/17   **PHYSICIAN'S SIGNATURE:** [signature]   **DATE:** 12/19/05   **CONSULTATION:**

**INMATE NAME (LAST, FIRST, MIDDLE):** Johnson, Harrison   DOC# | DOB | R/S | FAC.

# 2:05-CV-1157-WKW

# EXHIBIT 19

# BALCH & BINGHAM

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

PHS

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

**Site Name & Number:** EASTERLING 835
**Site Phone #:** (334) 397-3128
**Site Fax #:** (334) 397-3128
**Will there be a charge?:** ☒ Yes ☐ No
**Sex:** ☒ Male ☐ Female

**Patient Name: (Last, First,):** Johnson, Herman
**Alias: (Last, First,):**
**Inmate #:** 242189
**SS Number:** 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

**Date: (mm/dd/yy):** 12/17/05
**Date of Birth: (mm/dd/yy):** 07/17/45
**PHS Custody Date: (mm/dd/yy):** 04/21/05
**Potential Release Date: (mm/dd/yy):** 04/19/07

FAXed

**Responsible party:** ☒ PHS ☐ Auto Ins.
☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):___

## CLINICAL DATA    J Wilson, RN/HSA

**Requesting Provider:** ☒ Physician ☐ NP, PA ☐ Dental
DARBOUZE, J. A.

**Facility Medical Director Signature and Date:** [signature] 12/19/05

☐ Service meets criteria for "approval via protocol"

**History of illness/injury/sypmtoms with Date of Onset:**
Vomiting copious amounts of blood c̄ c

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)   ER
☐ Routine   ☐ Urgent

**Results of a complaint directed physical examination:**

**Estimated Date of Service (mm/dd/yy):** __/__/__
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** ___ ☐ Other:___

**Specialist referred to:** ER - Troy Regional
**Type of Consultation, Treatment, Procedure or Surgery:**

**Previous treatment and response (including medications):**

**Diagnosis:** UGI Bleeding
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☒ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:** ☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

**Date resubmitted:** __/__/__

**Regional Medical Director Signature, printed name and date required:**
_____ __/__/__ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

**Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:**

05a - UM Referral review form .xls

# 2:05-CV-1157-WKW

# EXHIBIT 20

# BALCH & BINGHAM

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY ECF | | |
|---|---|---|---|---|
| 12/30/05 | ☐ AM ☐ PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT | |

**ALLERGIES:** NKDA

**CONDITION ON ADMISSION:** ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

**VITAL SIGNS:** TEMP 97.8 ORAL/RECTAL   RESP. 24   Sat 100%   PULSE 93   B/P 140/76   RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS:**

S— "Something is making me dizzy and drunk."

O— Amb to HCU č cane, halting gait. Had to call inmate to come and check blood sugar and get meds this a.m. A&O, skin cool + dry. Follows directions well. Lungs clear. BS + x4, abd

**PHYSICAL EXAMINATION:**

distended and firm

A— Alt Comfort

P— Notified Dr. Imbayu @ 0550. Will keep in infirmary and monitor. Med changes noted.

**ORDERS / MEDICATIONS / IV FLUIDS:**

Ferrous Sulfate PO TID x 7 days
Lactulose 30cc TID PO x 7 days

| | TIME | BY |
|---|---|---|

**ABRASION ///   CONTUSION #   BURN xx   FRACTURE Z   LACERATION/SUTURES**

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**DIAGNOSIS:**

**INSTRUCTIONS TO PATIENT:** as above

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 12/30/05 | 5:55 ☒AM ☐PM | Infirmary | ☐ DOC ☐ AMBULANCE | ☐ SATISFACTORY ☒ FAIR ☐ POOR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| S. Smith | 12-30-5 | | 1/7/06 | |

**INMATE NAME (LAST, FIRST, MIDDLE):** JOHNSON, HERMAN   **DOC#** 242187   **DOB** 7-17-45   **R/S** BM   **FAC.** ECF

# 2:05-CV-1157-WKW

# EXHIBIT 21

# BALCH & BINGHAM

# Alabama Department of Corrections Mental Health Services
## Treatment Plan: Outpatient Care

**Treatment Plan Initiated on:** 10/17/2005  
**Institution:** Easterling Correctional Facility  
**Treatment Coordinator:** Dr. Brun  
**Inmate's Location:**

**DSM IV Diagnosis:**
**Axis I:** Depressive Disorder NOS
**Axis II:** Cirrhosis (hepatic)
**Axis III:** Deferred
**Axis IV:** Incarceration
**Axis V:** 70

| | |
|---|---|
| **Problem #1:** Inmate reported symptoms of depressed mood, low energy, feelings of hopelessness, feelings of isolation, and poor concentration. Chart notes from his initial consultation with the psychiatrist suggest these symptoms are improving. | |
| **Goal:** Continue improvement of symptoms.  **Target Date for Resolution:** 04/17/2006  **Intervention(s):** 1) Provide supportive therapy. 2) Review healthy coping skills. 3) Continue 90 day follow ups with psychiatrist. 4) Follow recommended medication regimen. | |
| **Staff Member(s) Responsible:** Treatment Coordinator (TC), MD, Nurse | **Frequency:** Daily, monthly, 90dys |
| **Problem # 2:** | |
| **Goal:**  **Target Date for Resolution:**  **Intervention(s):** | |
| **Staff Member(s) Responsible:** | **Frequency:** |
| **Problem # 3** | |
| **Goal:**  **Target Date for Resolution:**  **Intervention(s):** | |
| **Staff Member(s) Responsible:** | **Frequency:** |

**Psychiatrist:** SBanerjee, MD.   **Date:** 10/26/05
**Treatment Coordinator:** Dr. Brun   **Date:** 10/26/05
**Mental Health Nurse:** R. Flowers, LPN   **Date:** 10/26/05
**Inmate Agreement:** Herman Johnson   **Date:** 10-26-05

**Treatment Plan Review to be Conducted by:** (within six months)

**Inmate Name:** Johnson, Herman   **AIS#** 242189