IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HERMAN PAUL JOHNSON, #242189 )
)
    Plaintiff, )
)
    vs )   CIVIL ACTION NO.2:05-CV-1157-WKW
)
ADOC, et.al )
)
    Defendants. )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Gwendolyn Mosley, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Gwendolyn Mosley and I am presently employed as a Correctional Warden III, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

Inmate Herman Paul Johnson, #242189, was assigned to Easterling Correctional Facility on September 29, 2005. According to our Health Care Unit, Health Service Administrator (HSA) Ms. Kay Wilson, the Health Care Unit has Grievance Forms for all inmates who have a complaint about the Health Care Service. Inmates who are not satisfied with the response of the grievance can get an Inmate Grievance Appeal Form from the Health Care Unit. According to HSA Wilson, inmate Johnson does not have diabetic retinopathy. He does have cataracts in both eyes, but surgery is not recommended. Optical correction with eye glasses was recommended.

EXHIBIT 1

Affidavit-Gwendolyn Mosley
Civil Action No.2:05-CV-1157-WKW
Page 2

On November 7, 2005, inmate Johnson signed a waiver refusing his medication for his blood pressure. On November 11, 2005, inmate Johnson received a pair of eye glasses. He is positive for Hepatitis C and he is not a candidate for treatment. He has Cirrhosis of the Liver. On December 7, 2005, inmate Johnson was seen at the Health Care Unit for chronic care and a foot exam. The exam indicated he has no loss of sensation in his feet.

Inmate Johnson has signed numerous waivers for sick call. He was last seen by Dr. Darbouze on February 15, 2006 and has a follow-up in one month.

Inmate Johnson's treatment will be based on the diagnosis of the Professional medical Staff.

I have not violated any of inmate Johnson's constitutional rights.

_____
Gwendolyn Mosley

SWORN TO AND SUBSCRIBED TO before me this the 23rd day of February, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 03/31/07.

