IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HERMAN PAUL JOHNSON, #242189 )<br>)<br>Plaintiff, )<br>)<br>vs )<br>)<br>ADOC, et.al )<br>)<br>Defendants. ) | CIVIL ACTION NO.2:05-CV-1157-WKW |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Mike Smith, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Mike Smith and I am presently employed as a Correctional Officer I, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

I, Officer Mike Smith, have no knowledge of inmate Herman Johnson's complaint. I have not harassed, interfered, or denied inmate Johnson or any other inmates to enter the Health Care Unit. February 13, 2006.

On the date of inmate Johnson's complaint, I was assigned as Dorm 10A Rover, not in the Health Care Unit. I have not violated inmate Johnson's civil or constitutional rights.

_Mike Smith COI_
Mike Smith

EXHIBIT 2

Affidavit-Mike Smith
Civil Action No.2:05-CV-1157-WKW
Page 2

SWORN TO AND SUBSCRIBED TO before me this the 23rd day of February, 2006.

Grace M. Malloy
NOTARY PUBLIC

My Commission Expires: 03/31/07.

