IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HERMAN PAUL JOHNSON, #242189 )
             )
 Plaintiff,       )
             )
 vs          ) CIVIL ACTION NO.2:05-CV-1157-WKW
             )
ADOC, et.al        )
             )
 Defendants.      )

**AFFIDAVIT**

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Munchie Keeton</u>, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>Munchie Keeton</u> and I am presently employed as a <u>Correctional Officer I,</u> employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017. I am over twenty-one (21) years of age.

I, Officer Munchie Keeton, have no knowledge of inmate Herman Johnson's complaint. I do not know inmate Johnson. I was not aware of his complaint until I received a copy of his complaint on February 13, 2006.

I have not violated inmate Johnson's civil or constitutional rights.

                  */s/ Munchie Keeton*
                  Munchie Keeton

EXHIBIT 3

Affidavit-Munchie Keeton
Civil Action No.2:05-CV-1157-WKW
Page 2

SWORN TO AND SUBSCRIBED TO before me this the 23rd day of February 2006.

Grace M. Maley
NOTARY PUBLIC

My Commission Expires: 03/31/07.

