**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                  TELEPHONE (334) 954-3600

March 28, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Herman Paul Johnson vs. Donal Campbell, et al**
**Case Number: 2:05cv1157-WKW**

**Pleading : #27 - Answer**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 3/27/2006 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**