IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**HERMAN PAUL JOHNSON,**
**#242189**

      **Plaintiff**

v.    02:05-CV-1157-WKW

**ALABAMA DEPARTMENT OF**
**CORRECTIONS, Et al**

      **Defendants**

## ANSWER TO COMPLAINT
## AND
## ANSWER TO AMENDED COMPLAINT

Come now the Defendants Donal Campbell, Gwendolyn Mosley, Mike Smith and Munchie Keeton, by and through counsel, to file this their Answer to the Complaint and their Answer to the Amended Complaint.

### Answer to Complaint

1. Admit.

2. Admit

3. Admit.

4. Admit.

5. Admit but immaterial.

6. Admit.

7. No response necessary.

8. Admit.

9. The Defendants do not have sufficient knowledge to admit or deny this averment.

10. Deny.

11. Admit.

12. Deny.

13. Deny.

14. Deny.

15. Deny.

16. Deny.

17. Deny.

18. Deny.

19. Deny.

20. Deny.

21. Deny.

22. Deny.

23. Deny.

24. Deny.

24. Deny. [Plaintiff has two paragraphs numbered 24 in his complaint.]

25. Deny.

The Defendants deny each and every material averment of the Complaint and demand strict proof thereof.

**Answer to Amended Complaint**

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Deny.

6. Admit.

7. Admit.

8. Deny.

9. No response necessary.

10. The Defendants neither admit or deny the averment of paragraph 10 as it is incomprehensible.

11. The Defendants neither admit or deny the averment of paragraph 11 as it is incomprehensible.

12. The Defendants admit that Officer Keeton was a correctional officer at all times pertinent to the complaint.

13. Deny.

14. Deny.

15. Deny.

16. Deny.

17. Deny.

18. Deny.

19. Deny.

20. Deny.

21. Deny.

22. Deny.

23. Deny.

24. Deny.

25. Deny.

26. Deny.

27. Deny.

28. Deny.

29. Deny.

30. Deny.

31. Deny.

32. Deny.

33. Deny.

32. Deny (Plaintiff has two paragraphs numbered 32 in his amended complaint.)

33. Deny  (Plaintiff has two paragraphs numbered 33 in his amended complaint.)

34. Deny.

35. Deny.

36. Deny.

37. Deny.

38. Deny.

39. Deny.

4

The Defendants deny each and every material allegation in the amended complaint and demand strict proof thereof.

### **Affirmative Defenses to Complaint and to Amended Complaint**

1. Defendants deny that they were deliberately indifferent to Plaintiff's medical needs.

2. Defendants deny that the Plaintiff was subjected to retaliation and harassment as a result of filing this civil action.

3. The Plaintiff failed to state a claim upon which relief can be granted pursuant to 42 USC §1983 or any other cause of action.

4. Defendants assert that there is no evidence to support Plaintiff's claims.

5. Defendants assert Plaintiff has failed to show there is any genuine issue of material fact in this case.

6. Defendants deny that any of Plaintiff's constitutional rights have been violated.

7. Defendants deny all material allegations not expressly admitted herein and demand strict proof thereof.

8. Defendants deny that they retaliated against the Plaintiff for filing this civil action.

9. Defendants assert the defenses of sovereign immunity and qualified immunity.

10. Under 42 U.S.C. 1983 respondeat superior is not available to find an individual liable.

11. Defendants assert immunity pursuant to Article 1, Section 14 of the Constitution of Alabama 1901 and the Eleventh Amendment to the United States Constitution.

12. Defendants assert State discretionary immunity.

Respectfully submitted on this the 27th day of March, 2006.

RESPECTFULLY SUBMITTED,

TROY KING
ATTORNEY GENERAL


/s/Jack Wallace, Jr.
Jack Wallace, Jr. (WAL047)
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300


## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 27th day of March, 2006, electronically filed the foregoing with the Clerk of Court using the CM/ECF and served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Herman Paul Johnson, #242189
Easterling Correctional Facility
200 Wallace Dr.
Clio, AL  36107

The Clerk of Court using the CM/ECF system will send notification of this filing to the following:

David Berman Block, Esq.
Deanna Sasnette Smith, Esq.
Counsel for Dr. Darbouze

                                                    /s/Jack Wallace, Jr.
                                                    Jack Wallace, Jr.
                                                    ASSISTANT ATTORNEY GENERAL