IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HERMAN PAUL JOHNSON, #242189, )
)
Plaintiff, )
)
v. )
) CIVIL ACTION NO.
DONAL CAMPBELL, COMMISSIONER ) 2:05-CV-1157-WKW
OF THE ALABAMA DEPARTMENT OF )
CORRECTIONS, WARDEN MOSELY, )
DR. DARBOUZE, et al., )
)
Defendants. )

## MOTION FOR HIPAA PROTECTIVE ORDER

Defendant, Dr. Jean Darbouze ("Defendant"), requests the Court, pursuant to 45 C.F.R. § 164.512(e)(1), to enter a HIPAA-qualified protective order in the above-styled case in the form attached hereto and as grounds, state as follows:

1. This action involves, in part, allegations that Defendant denied and/or delayed the medical treatment of inmate Herman Paul Johnson ("Plaintiff").

2. Defendant's employer, Prison Health Services ("PHS"), currently possesses Plaintiff's medical records. Although PHS, is not a covered entity under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), the owner of Plaintiff's medical records, the Alabama Department of Corrections ("ADOC"), is an entity covered by HIPAA and has instructed PHS to produce Plaintiff's medical records only upon execution of a HIPAA-compliant release or order.

3. The privacy regulations specifically anticipate and authorize the disclosure of protected health information in the course of a judicial or administrative proceeding in response

91773.1

to an Order by the Court issued pursuant to 45 C.F.R. § 164.512(e)(1). Defendant respectfully requests that the Court grant this Motion and issue such an Order in this case.

4.   Defendant requests that if the Court enters this Order, any medical information that has been or will be produced will be used exclusively for the purposes of this litigation and this medical information and documentation will either be returned or destroyed at the end of this litigation. See 45 C.F.R. § 164.512(e).

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests this Court to enter the Qualified HIPAA Protective Order attached hereto pursuant to 45 C.F.R. § 164.512(e)(1).

Respectfully submitted on this the 30th day of March 2006.

/s/ Deanna S. Smith
One of the Attorneys for Defendant
Dr. Jean Darbouze

**OF COUNSEL**:

David B. Block (ASB-5098-K62D)
Deanna S. Smith (ASB-3083-E39S)
William R. Lunsford (ASB-4265-L72L)
BALCH & BINGHAM LLP
Post Office Box 18668
Huntsville, AL 35804-8668
Telephone: (256) 551-0171
Facsimile: (256) 512-0119

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed by United States Postal Service a copy of the foregoing document to the following non-CM/ECF participants this the 30th day of March, 2006:

Herman Paul Johnson, #242189
Easterling Correctional Facility
Dorm 6B
200 Wallace Drive
Clio, AL  36019

Respectfully submitted,

/s/ Deanna S. Smith
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HERMAN PAUL JOHNSON, #242189, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. |
| DONAL CAMPBELL, COMMISSIONER ) | 2:05-CV-1157-WKW |
| OF THE ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, WARDEN MOSELY, ) | |
| DR. DARBOUZE, et al., ) | |
| ) | |
| Defendants. ) | |

## QUALIFIED HIPAA PROTECTIVE ORDER

The parties are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the past, present, or future medical condition of any individual who is a party to this action (or the decedent or ward of a party who sues in a representative capacity), as well as any and all information relating to the provision of health care to such individual and payment for the provision of such health care. This order covers the medical records concerning Plaintiff which have been or will be produced in this action.

This order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the Protected Health Information in response to such request or subpoena. This order is intended to

91775.1

authorize such disclosures under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. § 164.512(e)(1)(i).

The parties are expressly prohibited from using or disclosing the protected health information obtained pursuant to this order for any purpose other than this action. Further, the parties are ordered to either return to the covered entity from whom or which such protected health information was obtained, or to destroy the protected health information (including all copies made) immediately upon conclusion of this action. See 45 C.F.R. §§ 163.502(b); 164.512(e)(1)(v).

DONE and ORDERED this _____ day of March 2006.

_____
United States District Judge