IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

HERMAN PAUL JOHNSON, #242 189     *

    Plaintiff,     *

v.     *     2:05-CV-1157-WKW

DONAL CAMPBELL, *et al*.,     *

    Defendants.     *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's motion for leave to file an amended complaint. (Doc. No. 16.) Plaintiff asserts that the incident underlying the claims in his proposed amended complaint occurred between January 29, 2006 and February 7, 2006. His original complaint, filed December 7, 2005, concerned matters which occurred in or around November 2005.

The court's order of procedure at page 3, ¶4(f), states: "All amendments to the complaint and/or motions to amend . . . must relate to the facts made the basis of the instant complaint. . . . Any such amendments or motions which contain claims unrelated to the claims presented in the original complaint will not be considered by the court." (*See* Doc. No. 8.) Claims which a complainant seeks to present to the court and which are unrelated to claims presented in said complainant's original complaint, must be filed in a separate civil action and accompanied by the $250.00 filing fee or an application to proceed *in forma*

*pauperis*.

Here, the claims Plaintiff seeks to present in his proposed amended complaint are either unrelated to the claims presented in his original complaint in either time or type and/or concern matters previously presented in the original complaint, as amended. The court, therefore, concludes that the motion for leave to file an amended complaint is due to be denied. If Plaintiff believes his constitutional rights have been violated since the filing of his original complaint, he is free to file a separate civil action in the appropriate court.

For the reasons set forth above, it is ORDERED that Plaintiff's Motion for Leave to File Amended Complaint (Doc. No 16) be and is hereby DENIED.

Done this 18th day of April 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE