IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HERMAN PAUL JOHNSON, # 242189, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-CV-1157-WKW |
| | ) (WO) |
| DONAL CAMPBELL, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Magistrate Judge filed a Recommendation in this case (Doc. # 34) on April 27, 2006, finding that the plaintiff's complaint is due to be dismissed without prejudice for failure to file a response in compliance with the Court's directives. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that the plaintiff's claims in this case are dismissed without prejudice.

An appropriate judgment will be entered.

DONE this the 1st day of June, 2006.

                                                      /s/ W. Keith Watkins
                                                    UNITED STATES DISTRICT JUDGE