**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **HERMAN PAUL JOHNSON, #242189,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION NO.** |
| **DONAL CAMPBELL, COMMISSIONER** ) | **2:05-CV-1157-WKW** |
| **OF THE ALABAMA DEPARTMENT OF** ) | |
| **CORRECTIONS, WARDEN MOSELY,** ) | |
| **DR. DARBOUZE,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO WITHDRAW

COMES NOW Defendant Dr. Darbouze and moves this Honorable Court to withdraw Deanna Smith as counsel of record for Defendant Dr. Darbouze due to the fact that Ms. Smith is no longer employed with the law firm of Balch & Bingham LLP.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned counsel respectfully requests this Court to allow Deanna Smith's withdrawal from further representation of Defendant Dr. Darbouze, in the above-captioned case.

Respectfully submitted this the 29th day of January, 2007.

                                                         s/ William R. Lunsford
                                                       One of the Attorneys for Dr. Darbouze

**OF COUNSEL:**

David B. Block
William R. Lunsford
BALCH & BINGHAM LLP
Post Office Box 18668
Huntsville, AL 35804-8668
Telephone: (256) 551-0171
Facsimile: (256) 512-0119

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected by email to the CM/ECF participants or by postage prepaid first class mail to the following this the 29th day of January, 2007:

| | |
|---|---|
| Herman Paul Johnson<br>AIS # 242189<br>Easterling Correctional Facility<br>Dorm 6b<br>200 Wallace Dr.<br>Clio, AL  36017 | Officer Keeton<br>Easterling Correctional Facility<br>200 Wallace Dr.<br>Clio, AL  36017 |
| Commissioner Donal Campbell<br>Department of Corrections<br>P.O. Box 301501<br>301 Ripley Street<br>Montgomery, AL  36130 | Officer Smith<br>Easterling Correctional Facility<br>200 Wallace Dr.<br>Clio, AL  36017 |
| Warden Gwen Mosely<br>Easterling Correctional Facility<br>200 Wallace Dr.<br>Clio, AL 36017 | Officer Crawford<br>Easterling Correctional Facility<br>200 Wallace Dr.<br>Clio, AL  36017 |

s/ William R. Lunsford
Of Counsel

103891.1

2