IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| HERMAN PAUL JOHNSON, #242 189 | * |
| Plaintiff, | * |
| v. | *    2:05-CV-1157-WKW |
| DONAL CAMPBELL, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Counsel for Defendant Darbouze requests that she be allowed to withdraw from further representation of Dr. Darbouze in this matter. The above-captioned action was closed by order and final judgment entered June 1, 2006. Accordingly, it is

ORDERED that the motion to withdraw (Doc. No. 37) be and is hereby DENIED as moot.

Done this 2nd day of February, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE